# EXHIBITS TO AMENDED COMPLAINT