# EXHIBIT DD

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 46965921 | ☐ Note Finalized |
|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | |
| Date Occurred: 01/02/2020 | | Time Occurred: 06:30 PM | |
| Date Entered: 01/03/2020 03:27 PM | | Note Entered by: Miles, Brianne | |
| Related Participants and Collaterals: ▮▮▮▮▮▮▮▮▮▮ | | Related Intakes: 12/05/2019 12:37 PM 4262741 12/13/2019 11:02 PM 4269988 12/17/2019 12:53 PM 4271027 12/13/2019 2:52 PM 4271709 12/31/2019 11:26 PM 4293569 | |

**ACTIVITIES**

Activity: Child - Face to Face with Child   Participant: ▮▮▮▮▮ M▮▮▮
Location: Children's Administration Office   Time: 06:30 PM   TCM: No

**CONTACTS**

## NARRATIVE

Case Note 1 of 1     Entered By : Brianne Miles    Date Entered : 01/03/2020    Time Entered : 03:27 PM

SW Miles was assigned to another child and we were in the lobby with ▓▓▓▓▓ was calling SW bitches and saying "fuck you" AH SW Luma arrived and SW Miles let her in the front door then moved over by the bathrooms where the child SW Miles was in charge of was. Child A said "fuck you" AH SW Luma took his arms and put them on his side. She got down with her face in his and was talking to child A. SW Miles was too far away to hear what she said. She then said let's go and grabbed him and pulled him out of the building. He fell down and she grabbed his shirt and pulled him out of the building. SW Miles went over and they were outside. She had him against the car and was leaning on him so he could not move. When SW Miles got out there she opened the door and told him to get in. SW Miles told the AH supervisor what happened but she did not come out. The child SW Miles was with reported AH SW Luma stated she would smack him upside his head if he did not shut up. SW Miles was not close enough to hear what she said.

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 46963859 | Note Finalized ☐ |
|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | |
| Date Occurred: 01/03/2020 | | Time Occurred: 08:00 AM | |
| Date Entered: 01/03/2020 08:15 AM | | Note Entered by: Willis, Alvena, D. | |
| Related Participants and Collaterals: ▓▓▓ M▓▓▓▓ | | Related Intakes: | |

### ACTIVITIES

Activity: Child - Face to Face with Child    Participant: ▓▓▓▓▓ M▓▓▓▓
Location: Other (License or Unlicensed)    Time: 08:00 AM    TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By : Alvena D. Willis    Date Entered : 01/03/2020    Time Entered : 08:15 AM

Youth slept throughout the night. He ate waffles for breakfast. Child kicked the car and did not want to go to daycare. The provider was able to calm him down and get him inside the center. No further concerns at this time.

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 46961870 | Note Finalized ☐ |
|---|---|---|---|
| Case Note Category: CPS | | Case Note Type: Supervision | |
| Date Occurred: 01/03/2020 | | Time Occurred: 08:16 AM | |