# EXHIBIT EE

## RE: Medicraft - Concerns from Visits

From: Olimene, Justine (DPD) (jolimene@kingcounty.gov)

To: Kathleen.McClellan@kingcounty.gov; Hannah.Gold@kingcounty.gov; leticia.sabado@dcyf.wa.gov; vwhalen@kingcounty.gov; Kathleen.Martin@kingcounty.gov; Helen.Redman@kingcounty.gov; smagee@advocacywa.org; derek.leuzzi@atg.wa.gov

Cc: shey7734@gmail.com; Deb.Scott@kingcounty.gov

Date: Friday, December 20, 2019, 05:18 PM PST

Hello,

I have also emailed several times about concerns regarding bruising and scratches that have been observed by the father. I am attaching all the pictures for easy reference. There haven't been sufficient explanation regarding these bruises and scratches.

I reported about ▮ car accident yesterday but haven't gotten a response about what happened. Of concern, ▮ showed up at the visit with the father on 12/18 very lethargic and was throwing up. Now ▮ has reportedly been dizzy and having blurred vision. This is very concerning, as this child may have had a concussion or other injury during this accident that is going untreated.

Further, I reported about a week ago about pills that were found on ▮ person during the father's visit. The father confirmed with the pharmacist the pills to be Benadryl, and ▮ had enough pills to cause an over-dose over and over to a kid of ▮ age. For a kid who has been historically suicidal in foster care, this is very concerning. The father showed these pills to Liza and the visit supervisor. The department did nothing about these reports.

One of the arguments advanced by the department during the emergency motion was regarding some bruising and scratches on the kids. They have had way more and worse looking bruises and scratches in foster care than those that were alleged to be of great concern to the department during the hearing. Yet, as far as I know, the department has done nothing about these reports. The department continues to ignore the children's reports regarding the abuse that they are being subjected to in foster care.

I just saw the email from Mr. Leuzzi threatening to suspend visits with the father because of concerns that he is "sabotaging the children's success in foster care", because he has expressed concern about his children's well-being while in foster care. How ironic! These children do not need anyone to tell them how bad they are having it in foster care, because they are living it! The father has observed scratches and bruises on his children, and some concerning incident has happened on each and every visit with his children. What does the department expect a parent to do when nothing is being done to address his concerns? Praise the State? Is the department really concerned about the wellbeing and what is in the best interest of these children, or is it just concerned with punishing this family, at every opportunity?

Please advise us on what the department is doing to address these concerns. Please also give us more information about ▇ accident, and the pills that were found in ▇ possession. I would like to request that ▇ be taken to see a doctor regarding his reported symptoms.

Thank you.

Justine Olimene

Attorney, Family Defense Unit

The Defender Association Division

King County Department of Public Defense

420 W. Harrison Street

Kent, WA 98032

Fax: (206) 447-3990

Office: (206) 477-5431

Mobile: (206) 492-9522

Pronouns: she, her, hers

NOTICE: DCYF - Sending emails to counsel is not a substitution for providing information to parents or youth. This counsel is not responsible for communicating Department (DCYF) information to the parents or youth on your caseload.

Confidential: This message is intended for the use of the individual or entity to which it is emailed and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, (206) 477-8700, or email.

4/19/2021                                Yahoo Mail - RE: Medicraft - Concerns from Visits

**From:** McClellan, Kathleen <Kathleen.McClellan@kingcounty.gov>
**Sent:** Friday, December 20, 2019 12:02 PM
**To:** McClellan, Kathleen <Kathleen.McClellan@kingcounty.gov>; Gold, Hannah <Hannah.Gold@kingcounty.gov>; Sabado, Leticia M (DCYF) <leticia.sabado@dcyf.wa.gov>; Whalen, Virginia <vwhalen@kingcounty.gov>; Martin, Kathleen <Kathleen.Martin@kingcounty.gov>; Olimene, Justine (DPD) <jolimene@kingcounty.gov>; Redman, Helen <Helen.Redman@kingcounty.gov>; Shauna Magee <smagee@advocacywa.org>; Leuzzi, Derek P. (ATG) <derek.leuzzi@atg.wa.gov>
**Cc:** shey7734@gmail.com
**Subject:** Medicraft - Concerns from 12/19 Visit

Hello everyone –

Once again, the boys arrived at their visit yesterday (12/19) with their mom covered in marks and bruises. Please see the attached photos of ███ and ███ taken yesterday. As we made clear yesterday, this is completely unacceptable. The boys are not being properly cared for, and they are not being kept safe.

- ███ is covered in bruises.
- ███ reported that the marks on his neck was from being choked by his shirt. He also said they were dragging him by his arm, and that he was also dragged by his leg. He has marks on his arms, his legs, and near his neck. He also had marks on his back.
- ███ also reported that he was being whipped by a whip he described as a white thing with tassles on them. He said they were placed with a white and black man, and it was the white man that whipped him.
- ███ reported his injured were from the car accident Wed. morning. He said he his head on the side of the car. (more about this below)
- ███ also had injuries, some of which were still bleeding last night. ███ reported that he was hurt at the placement in Centralia

We have variety of additional concerns:

- ███ and ███ reported that there was a car accident on the way to school on Wednesday in ███ car. ███ reported being in a separate car, but saw the accident. At the visit last night, ███ said he was feeling dizzy and having blurry vision last night. Was there a car accident during transport to school? If so, please send us the details.
- ███ also reported that he was forced to go to church in the past, and he is forced to pray at night
- ███ had a fever and a cough last night
- ███ reported that he is not getting his inhaler appropriately. He is supposed to receive 2 to 3 puffs in the morning and the evening.

4/19/2021

Yahoo Mail - RE: Medicraft - Concerns from Visits

We are very concerned about all of these bruises, and the children's statements. While the Department questioned some of the boys' reports yesterday, it is clear that something is happening to harm these children. If you have additional information about these injuries, please share. Please let us know what steps the Department is taking to address these concerns.

Katie McClellan

Katie McClellan | Supervisor, Northwest Defenders Division, Family Defense Unit | King County Department of Public Defense

Direct: 206-477-9125 | Cell: 206-743-4408 | 710 Second Avenue, Suite 250, Seattle, WA 98104

Fax 206-674-4702 | NDD Main: 206-674-4700 | NDD Toll-free 1-866-259-7978

 Medicraft 19-7-01271-2 KNT Photographs 12.20.19.pdf
1.9MB













