# EXHIBIT FF

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 47147206 | | Note Finalized ☐ |
|---|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | | |
| Date Occurred: 02/22/2020 | | Time Occurred: 07:00 AM | | |
| Date Entered: 02/22/2020 02:32 PM | | Note Entered by: Kelty, Jennifer, G., DIR | | |
| Related Participants and Collaterals: J███ E. M███ | | Related Intakes: 02/10/2020  2:54 PM 4316649 | | |
| ACTIVITIES | | | | |

| Activity: Child - Face to Face with Child | Participant: J▇▇▇ L M▇▇▇ | |
|---|---|---|
| Location: Other (License or Unlicensed) | Time: 07:00 AM | TCM: No |

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By : Jennifer G. Kelty, DIR  Date Entered : 02/22/2020   Time Entered : 02:32 PM

AHSW Kelty and AHSW trainee Lanier took over supervision of ▇▇▇ at the Residence Inn in Tukwila at 7:00 am. ▇▇▇ was provided breakfast at the hotel but declined to eat it. He did brush his teeth and left the was responsive to direction until leaving the hotel room. At approximately 8:15, when walking to the car, ▇▇▇ stated that he wanted breakfast in the hotel lobby and ran from AHSW Kelty and Lanier into the breakfast area. ▇▇▇ began grabbing utensils, food items, and a hot container of oatmeal, then began running around the dining area and lobby next to other guests. He attempted to lift up a side table next to a guest, and again began running around the dining area. The security guard present (Lutfi Al Marfadi, Phoenix Protective Corporation) grabbed ▇▇▇ by the arms to move him away from the hot food items. J▇▇▇ dropped to the ground and began kicking and flailing his arms while yelling at the security guard to let go of him. The security guard pushed ▇▇▇ outside of the lobby into the parking lot. ▇▇▇ fell to the ground again while kicking and waving his arms and continued to yell at the SG to leave him alone. ▇▇▇ said that he could walk to the car alone so SG Marfadi let his arm go. ▇▇▇ began running through the parking lot, which was next to a busy street and had several parked and moving cars present at the time. Another security guard (Collin Civish, ID #7722) saw ▇▇▇ running through the parking lot and ran around the back side of the building that ▇▇▇ ran towards in order to stop him. At this point AHSW Kelty lost sight of ▇▇▇ but AHSW Lanier reported coming around the corner of the building and seeing J▇▇▇ laying on the ground with the security guard Marfadi holding him down. J▇▇▇ was yelling that his glasses were going to get broken and repeated "my glasses, my glasses" several times. J▇▇▇ then took off his glasses and handed them to AHSW Lanier and she held them for him. The security guards both held J▇▇▇ by the arms and walked him around the building to the car. Security guard Civish got J▇▇▇ to willingly get into the back seat of the car and J▇▇▇ sat for a minute. When AHSW Kelty instructed SG Marfadi to get in the back seat of the car with J▇▇▇ to leave the parking lot and J▇▇▇ then climbed into the front seat and got out of the car. When SG Marfadi saw J▇▇▇ get out of the car, he grabbed J▇▇▇ and picked him up and tried to force him to get into the back seat of the car. J▇▇▇ would not comply and SG Marfadi then appeared to lose control and threw J▇▇▇ bodily into the back of the car, where his upper body landed on the floor of the back seat of the car and his legs were on the back seat. J▇▇▇ was crying and screaming that his legs were hurt and that the guard had hit his head. AHSW Kelty observed this through the front seat of the car and was telling him to stop, and SG Civish was yelling loudly at SG Marfadi that he needed to stop and move away from J▇▇▇, and that "we never grab kids like that" and that he was going to file a report about him with the SG supervisor. AHSW Kelty immediately told SG Marfadi to move away from the car and sat with J▇▇▇ for a few minutes until he had calmed down, although he was still crying and stating that SG Marfadi had hurt his knees, legs, and his head.

AHSW Kelty notified ASHW White, who was still in the hotel room with an additional guard, and requested assistance. The additional guard came outside but no further interventions were necessary as J▇▇▇ had calmed down and was sitting in the back seat of the car playing a card

game. AHSW Kelty notified law enforcement and AH Supervisor Ranieri. LE came out and took an incident report (Incident #TP000004864, Officer Madriana, #216). The responding officer requested medical assistance to come out and evaluate James and to check for injuries. The Fire Department came out and evaluated J▇ and did not find any apparent injuries from the incident (Incident #TF260000700). SG Collin Civish (253-226-3256) reported the incident to his supervisor at Phoenix before leaving, and Phoenix sent out a supervisor to assess the situation and to provide a new SG. AHSW Kelty reported the incident to the supervisor as well and followed up with a report of the incident to AH Supervisor Ranieri.

Following this, AHSW Kelty and Lanier left the hotel at 9:45 and took J▇ to get breakfast, then drove to a local park and supervised him in the community. There were no further incidents during the shift, and the SG present was not needed to provide any interventions. During the car ride, J▇ did state that "in New York, every three years, there is 12 hours where every crime is legal, even murder. Did you know this?" AHSW Kelty asked if he was referring to the movie 'The Purge' and he said "no, this is real". J▇ enjoyed playing at the park and also enjoyed playing with Magic cards in the car- throughout the remainder of the morning he was responsive to direction and was able to transition to the afternoon shift with no issues. AHSW transferred supervision of J▇ to AHSW Nguyen at 1:05 pm, his belongings included his coat and two backpacks.

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 47148838 | Note Finalized ☐ |
|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | |
| Date Occurred: 02/22/2020 | | Time Occurred: 11:45 AM | |
| Date Entered: 02/22/2020 11:48 AM | | Note Entered by: Allbee, J'aime, N. | |
| Related Participants and Collaterals: A▇, M▇ | | Related Intakes: | |

### ACTIVITIES

Activity: Contact - Health Contact    Participant: A▇, M▇    Location:
Time: 11:45 AM    TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By : J'aime N. Allbee    Date Entered : 02/22/2020    Time Entered : 11:48 AM

This worker received a call from the PBMU physician To provide an update regarding A▇ and his care. Currently he is not in groups with other children but isolated with his coach. Speaking with the physician it sounded as though A▇ had also displayed some of the same aggressive and defiant behaviors with their staff as they have with us. The physician hope that he is able to program with other children later but is making the best call for his safety and the safety of other children at this time. Discharge is still set for Monday at 9 AM. The physician was going to call the parents and inform them of an update as they brought him clothes yesterday. A▇ was provided with medication while on the floor the medications will be in his