# EXHIBIT GG

# SEE PHYSICAL MATERIALS EXHIBIT FILED WITH THE CLERK