# EXHIBIT HH

# SEE PHYSICAL MATERIALS EXHIBIT FILED WITH THE CLERK