# EXHIBIT II

