# EXHIBIT JJ

---------- Forwarded message ---------
From: Google <noreply@google.com>
Date: Tue, Sep 21, 2021 at 12:22 PM
Subject: Google Verification Code
To: <yvettemeredithcubero@gmail.com>

 

## Google Verification Code

Dear Google User,

We received a request to access your Google Account
m███████j███████2010@gmail.com
through your email address. Your Google verification code is:

**421707**

If you did not request this code, it is

Dear Google User,

We received a request to access your Google Account m█████j█████2010@gmail.com through your email address. Your Google verification code is:

## 421707

If you did not request this code, it is possible that someone else is trying to access the Google Account m█████j█████2010@gmail.com. **Do not forward or give this code to anyone.**

You received this message because this email address is listed as the recovery email for the Google Account m█████j█████2010@gmail.com. If that is incorrect, please click here to remove your email address from that Google Account.

Sincerely yours,