# EXHIBIT KK

# SEE PHYSICAL MATERIALS EXHIBIT FILED WITH THE CLERK