# EXHIBIT LL

Exhibit 2

**Whalen, Virginia**

| | |
|---|---|
| **From:** | Sterbick, Liza (DCYF) <elizabeth.sterbick@dcyf.wa.gov> |
| **Sent:** | Wednesday, December 18, 2019 4:49 PM |
| **To:** | Olimene, Justine (DPD); Sabado, Leticia M (DCYF); Leuzzi, Derek P. (ATG) |
| **Cc:** | Martin, Kathleen; Whalen, Virginia; Redman, Helen |
| **Subject:** | RE: Medicraft Visit- M█████ |

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Hi Justine

She isn't enrolled in school. She was attending an Early Learning Center with mom a couple days a week. Mom asked us to stop having her go there since she couldn't be there. She is going to a pre school daycare now.

You will get another call from Mr. Medicraft.

Today at 3:05 A████ went to the school nurse burning up and a temperature of 98. He started throwing up. The visit facilitator brought him to the office so we could take him to urgent care.

Dad wanted us to wait until after the visit was over. He then threw up again. The visit facilitator said per their policy they couldn't supervise a sick child.

Mr. Medicraft then wouldn't assist with taking A████ to the car and I repeatedly asked him to do so.

He then started saying things to the kids that made them very upset and asked J████ to video tape the incident. That these people are evil, they are kidnapping you, they are abusing you, they are making me do this. It went on for a while. There were witnesses.

He made the entire situation much worse than it needed to be. It is very concerning about what he is stating to the children. I would ask that you speak with him about how he is making things much worse than they need to be.

Thanks.

**Liza Sterbick (Stewart) | MSW**
**CFWS Supervisor | Kent South West**
Office (253) 270.0230 | Cell (253) 579.3929 | Fax (253) 372.6235
1313 West Meeker Street Suite # 102 | Kent, WA 98032
Liza.Sterbick@dcyf.wa.gov



Washington State Department of
**CHILDREN, YOUTH & FAMILIES**