# EXHIBIT MM

# SEE PHYSICAL MATERIALS EXHIBIT FILED WITH THE CLERK