# EXHIBIT NN

| Children's Administration Office | Time: 07:00 AM | TCM: No |
|---|---|---|

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By: SEAIRRA S. WHEATLEY    Date Entered: 05/23/2020
Time Entered: 01:23 PM

AHSW Wheatley took over supervision of A▮ from AHSW Johnston and AHSW Tribble at 7am. AHSW Tribble assisted AHSW Wheatley with A▮ when he woke up to get him changed and eat. AHSW Wheatley and A▮ left the hotel at approx 8:25am. AHSW Wheatley and A▮ arrived at the Kent office at 8:35am. A▮ was playing with his water lizard for a moment and speaking with guard about all his equipment on his belt. A▮ asked guard about his cuffs and the guard was telling A▮ about the different cuffs he had. A▮ asked to hold his cuffs to see it and guard allowed him. AHSW Wheatley warned A▮ to be careful. The guard took them back from A▮ and placed them in his bag in which A▮ reached in his bag and retrieved them. A▮ then walked off with the guard's cuff as he asked for them back AHSW Wheatley attempted to redirect A▮ into giving them back when guard asked for them back again he didn't give them back and instead put them on his ankle and locked it. The Guard then attempted to get them off with his key but due to the way we're on A▮ ankle they were not able to be taken off. A▮ apologized for putting the cuffs on his ankle and he said he didn't mean to. AHSW Wheatley called emergency services at approx 9:37am and they arrived at approx 9:50am. LE was able to take cut the cuffs and remove them. Throughout incident A▮ remained calmed and played Minecraft. A▮ ate his snack went outside and watched appropriate YouTube videos. AHSW Wheatley handed off supervision of A▮ over too AHSW Curlee at 1:15pm.

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 47485598 | ☐ | Note Finalized |
|---|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | | |
| Date Occurred: 05/23/2020 | | Time Occurred: 01:15 PM | | |
| Date Entered: 05/23/2020 07:51 PM | | Note Entered by: CURLEE, JESSE, R. | | |
| Related Participants and Collaterals: A▮, M▮ | | Related Intakes: | | |

### ACTIVITIES

| Activity: Child - Face to Face with Child Other (License or Unlicensed) | Participant: A▮, M▮ | | Location: |
|---|---|---|---|
| | Time: 01:15 PM | TCM: No | |

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By: JESSE R. CURLEE    Date Entered: 05/23/2020    Time Entered: 07:51 PM

Today I, Jesse Curlee, took care of A▮ from the morning social worker to find him in good spirits, and asking for lunch. A▮ was reported to have had a good morning, with a previously

reported incident of A▮ playing with the security guards hand cuffs and having them stuck on his calf. The red marks on his calf seem to be resolving and A▮ states they are not bothering him and are causing no pain. A▮ was provided lunch and then taken to the Snoqualmie Fire Department where I volunteer and was given a tour. A▮ was shy at first but then began asking lots of questions. A▮ was particularly interested in vehicle rescue equipment and the gym at the fire station where he was allowed to use some of the exercise equipment. A▮ was exceptionally well behaved at the fire station, and was told he could come back with me any time by the fire fighters. A▮ did get a sliver in his finger from one of the practice vehicles for which he was given a band aid. A▮ was ten taken to see wild elk at meadow brook farms and was then taken to Snoqualmie Falls. A▮ continued to be very well behaved, and listened to requests with little issue. A▮ was playing on some large rocks and slipped, but appears to be uninjured. A▮ was playing in the bushes and got a second sliver in another finger from a black berry bush, but he removed this one on his own and did not need a band aid for this one. A▮ was then taken to Kent so his security guard could perform a shift change and A▮ fell asleep in the car.
1:10 took care of A▮ from morning worker
1:30 A▮ was given lunch
2:15 A▮ is given a tour of the fire station
4:15 A▮ is taken to see elk
5:00 A▮ is taken to Snoqualmie Falls
7:00 care is transferred to evening social worker

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 47484620 | Note Finalized ☐ |
|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | |
| Date Occurred: 05/23/2020 | | Time Occurred: 07:00 PM | |
| Date Entered: 05/24/2020 01:13 AM | | Note Entered by: Beaulieu, Carly | |
| Related Participants and Collaterals: A▮ M▮ | | Related Intakes: 05/11/2020 11:32 AM 4359871 | |

### ACTIVITIES

| Activity: Child - Face to Face with Child Other (License or Unlicensed) | Participant: A▮ B. M▮ Time: 07:00 PM   TCM: No | Location: |
|---|---|---|

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By : Carly Beaulieu    Date Entered : 05/24/2020    Time Entered : 01:13 AM

AHSW Beaulieu (with AHSW Boykins) took over supervision of youth, A▮ M▮, from AHSW Curlee at 7 PM. AHSW Curlee informed AHSW Beaulieu that the youth had an engaging day, ate a late lunch, medication (inhaler) was not with him, and he was overall well-behaved. He also mentioned the youth getting several minor injuries, including his ankles being red from handcuffing his own ankles together (took them out of the security guard's bag), and