# EXHIBIT PP

```
 1        Exhibit 140.
 2            MS. McCLELLAN: I'm not seeking to enter it. I'm seeking
 3        to cross-examine Ms. Sanchez on it.
 4            MR. LEUZZI: Are you seeking to use it for—
 5            MS. McCLELLAN: Impeachment.
 6            MR. LEUZZI: —recollection?
 7            MS. McCLELLAN: I'm seeking to use it for impeachment.
 8      BY MS. McCLELLAN:
 9   Q  Ms. Sanchez, can you see the document that I'm showing?
10   A  Yes, ma'am.
11   Q  Okay. And is this document a—titled in the caption
12      "Declaration of Department Social Worker"?
13   A  Yes, ma'am.
14   Q  Okay. And on that first page does it start with, "I,
15      Tanessa Sanchez, hereby declare as follows"?
16   A  Yes, ma'am.
17   Q  And then I'm gonna scroll down to show you the last page of
18      this document. And on Page 5, is that your signature?
19   A  Yes, ma'am.
20   Q  Okay. And above your signature, is there a statement that
21      you declare under penalty of perjury under the laws of the
22      State of Washington that the foregoing is true and correct?
23   A  Yes.
24   Q  And is this dated December 6th, 2019?
25   A  Yes, ma'am.
```

1   Q   Okay. Now, Ms. Sanchez, did you write this document?
2   A   Yes, ma'am.
3   Q   Okay. So, in this declaration that you submitted to the court
4       under penalty of perjury, you start this declaration by
5       explaining that in February of 2019 you first met
6       Shaylee Medicraft and her five children. That statement is
7       not true, correct?
8   A   Correct.
9   Q   You did not meet Ms. Medicraft or the five children until
10      sometime in March of 2019, correct?
11  A   Correct.
12  Q   Okay. In this declaration—let me back up.
13          This is the declaration that I was referencing earlier
14      that you submitted to the Dependency Court to support removal
15      of the Medicraft children from Ms. Medicraft in December of
16      2019; is that correct?
17  A   Correct.
18  Q   In this declaration that you provided to the court, you
19      shared with the court that from February to September you
20      completed four separate investigations into concerns for the
21      safety and wellbeing of the children; is that accurate?
22  A   Yes.
23  Q   Okay. You failed to tell the court that three of those four
24      investigations were unfounded by you at the conclusion of
25      your investigation, correct?

```
 1   A   Okay, yes.
 2   Q   Is that true? You omitted that information in this
 3       declaration—
 4   A   Yes.
 5   Q   —to the court.
 6   A   That I admitted what in the—
 7   Q   You omitted, you did not—
 8   A   Oh, emit—
 9   Q   —include information—
10   A   —[inaudible].
11   Q   —yeah, that three of the four investigations that you
12       concluded were unfounded.
13   A   Correct.
14   Q   Also, in this declaration—sorry, I apologize.
15       Now, in this declaration, the bottom of Page 3 and top
16       of Page 4, you also told the court that Ms. Medicraft
17       admitted to pulling the children's hair as discipline after
18       receiving services citing it as not being illegal. That was
19       also untrue, correct?
20   A   Correct.
21   Q   Okay. 'Cause you've testified in this trial multiple times
22       now that Ms. Medicraft denied pulling the children's hair as
23       discipline, correct?
24   A   So, yes.
25   Q   Okay.
```