# EXHIBIT QQ

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 47125188 | | Note Finalized ☐ |
|---|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | | |
| Date Occurred: 02/17/2020 | | Time Occurred: 07:10 AM | | |
| Date Entered: 02/17/2020 07:08 PM | | Note Entered by: Hintergardt, Roxann | | |
| Related Participants and Collaterals: J███████, M████████ | | Related Intakes: | | |

## ACTIVITIES

| Activity: Child – Face to Face with Child    Participant: J██████, M████████ |
|---|
| Location: Other (License or Unlicensed)    Time: 07:10 AM    TCM: No |

## CONTACTS

## NARRATIVE

Case Note 1 of 1      Entered By : Roxann Hintergardt      Date Entered : 02/17/2020      Time Entered : 07:08 PM

At approximately 7:10am AHSW Hintergardt took over supervision of J███ M███ from AHSW Phillip Kyllo at the hotel. Youth has an assigned security guard (Officer Almarfadi). Youth was asleep and remained asleep until approximately 8:40am. Youth's night to night log was signed and youth has no medications. At approximately 8:50am youth took his black belt and was attempting to hit AHSW Hintergardt and the guard. Youth did make hit the guard with the belt and that reached up with his right and slapped the guard hard a crossed the face. The

guard at this restrained the youth on the bed using his (guard's arms and upper body) the guard did grab the back of youth's neck and AHSW Hintergardt told the guard not to grab the youths neck. The guard immediately let go of the youth's neck but you remained restrained for approximately two minutes until you calm down. youth was upset and AHSW Hintergardt talked to youth about assaulting staff and AH supervisor Carmin Ranieri was made aware of the incident via text message. Youth did claim that the guard strangled him but at no time did the guard strangle the youth or injure the youth in any way. Youth at approximately 9:05am locked himself in the bathroom when he went to change his clothes and refused to come out. AH Supervisor Ranieri was made aware that youth was refusing to come out of the bathroom. At approximately 9:18am youth opened the bathroom door. Youth had mad coffee while locked in the bathroom. After youth changed youth was unable to find his dark blue tennis shoes, which was his only pair. Youth and AHSW Hintergardt checked all hotel rooms multiple times and contacted the SW that had supervision of the other youth from the hotel. No one had seen or knew where youth's shoes were. AHSW Hintergardt contacted AH supervisor Ranieri to inform her that the youth's shoes could not be located. Youth and AHSW Hintergardt remained at the hotel until approximately 10:30am. AHSW Hintergardt took youth to the Kent office to get youth a pair of shoes item and then went to SONIC for a late breakfast. At approximately 12:20am youth and AHSW Hintergardt went to the Southcenter Mall and remained there until approximately 1pm when supervision of youth was turned over to AHSW Nikki York. All information documented above was provided to AHSW York. There are no further concerns to discussed at this time.

| Case Name:<br>MEDICRAFT,<br>SHAYLEE | Case ID:<br>2585395 | Case Note ID:<br>47126154 | ☐ | Note Finalized |
|---|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | | |
| Date Occurred: 02/17/2020 | | Time Occurred: 01:00 PM | | |
| Date Entered: 02/17/2020 05:56 PM | | Note Entered by: McCoy, Kathryn | | |
| Related Participants and Collaterals:<br>E██████. M██████ | | Related Intakes: | | |

### ACTIVITIES

Activity: Child - Face to Face with Child      Participant: E████████ M████████
        Location: Other (License or Unlicensed)      Time: 01:00 PM      TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1      Entered By: Kathryn McCoy      Date Entered: 02/17/2020      Time Entered: 05:56 PM

AHSW McCoy took over supervision of E████ Medicraft at 01:00 PM from AHSW Kealty. E████ did well throughout the day. At times, E████ would run out of the office, but with re-direction, he came back into the office and played with toys. E████ showed affection towards AHSW McCoy throughout the day, he would often want AHSW McCoy to sit right next to him, and often ask for hugs and piggie back rides. At approximately 05:30 PM, AHSW Arcon took