# EXHIBIT RR

SUPERIOR COURT OF WASHINGTON
FOR KING COUNTY, JUVENILE DEPARTMENT

IN RE THE DEPENDENCY OF

M███████, J███
DOB ███ 2010
M███████, A███
DOB ███ 2012
M███████, E███
DOB ███ 2013
M███████, M███
DOB ███ 2014
M███████, N███
DOB ███ 2018

Minor Children

NO: 19-7-01266-6 KNT
19-7-01267-4 KNT
19-7-01268-2 KNT
19-7-01270-4 KNT
19-7-01271-2 KNT

DECLARATION OF:

*Jason Bragg*

I, __Jason Bragg__, state as follows: I was at the Kent DCYF office on Wednesday February 5th, 2020. I observed the following as well as the interactions below.

1. I arrived at the Kent DCYF office at approximately 9:15 AM for a committee meeting. As I was approaching the building, I noticed two security guards standing out front with one of the Area Administrators Cleveland King. There were two small boys standing between them. Later I learned their names were A███ and E███. Both boys were

DECLARATION- 1

NORTHWEST DEFENDERS DIVISION
KING COUNTY DEPARTMENT OF PUBLIC DEFENSE
124 4th Ave S, Suite 100
Kent, Washington 98032
Phone: (206) 674-4700  Fax: (206) 674-4702

1. soaked from what appeared from being out in the rain. Mr. King was eating some food and requesting the boys to come inside the office. As I walked through the door Mr. King and I exchanged "hellos", and I asked, "Is this where we eat breakfast now?" Mr. King laughed and I walked into the office.

2. At approximately 12:00 PM, I exited the building to go and get my lunch from my vehicle in the DCYF parking lot. As I was exiting the office, I observed the same two security guards holding the visitation room door shut by the handle. It was clear that there was someone on the other side of the door attempting to pull the door open.

3. Returning into the building from my vehicle, I observed from the outside window that the same two boys that were outside the office earlier, were both inside of the visitation room hanging from the door handle, trying to pull the door open (the same door that the security guards were holding closed). The visitation room appeared empty of all furniture. There weren't any toys or other items in the room. There was little bits of paper all over the floor from what appeared to be the deconstructed sheetrock from the visitation room walls. I returned to the meeting room where my committee meeting was (the Seattle Room), but I remained concerned about what I had observed. I spoke with several members of the committee about what I had observed and decided that we would check in with Mr. King about providing lunch to the boys.

4. I immediately left the meeting room again and met Mr. King in his office. I offered to bring the boys' lunch (from our catered committee meeting). He expressed agreement with this plan. Then, Mr. King and I went to the visitation room. The security guards were still present outside of the visitation door, holding the handle to prevent it from

DECLARATION- 2

NORTHWEST DEFENDERS DIVISION
KING COUNTY DEPARTMENT OF PUBLIC DEFENSE
124 4th Ave S, Suite 100
Kent, Washington 98032
Phone: (206) 674-4700   Fax: (206) 674-4702

opening. Mr. King opened the door to the observation room. There were two DCYF social workers present in the observation room, watching the boys in the visitation room.

5. With Mr. King, I then entered the visitation room that the boys were in. I sat down on the floor to talk with them. I asked them if they wanted lunch. The boys and I began talking about what kind of sandwiches they liked, what kind of food they liked. The boys reported a large variety of foods that they like and would want to eat. They wanted to climb on me. They were clearly very energetic and curious about who I was. I explained who I was and what I do. We came up with an agreement that if the boys picked up all of the torn papers in the visitation room while I went and got lunch, when I came back, we would watch a movie on my phone.

6. It was challenging to get out of the room because the boys kept forcing their way out of the room. The boys were upset about being left in the room, however, they all spent time to pick up the papers while I went and got lunch.

7. I returned to the room with food, and again sat on the floor with the boys while they ate lunch and asked them what type of movie they like. The boys sat next to me while watching "Pond Monsters" on Youtube. They remained calm while eating and watching the show. After about 15 minutes, I went to the door and requested chairs or cushions so that we could sit somewhere other than the floor. The office staff provided the boys with a couch cushion and two children's chairs.

8. After about an hour of the boys eating and watching the show, I told the boys that I was going to speak with Mr. King. I left the boys in the visitation room with my phone and went back to my committee meeting.

DECLARATION- 3

NORTHWEST DEFENDERS DIVISION
KING COUNTY DEPARTMENT OF PUBLIC DEFENSE
124 4th Ave S, Suite 100
Kent, Washington 98032
Phone: (206) 674-4700  Fax: (206) 674-4702

9. At 2:00PM the meeting ended and I returned to the visitation room to check in with the boys. They were still quietly watching "Pond Monsters" on my phone. I asked Mr. King about some kind of activity that the boys could do while they were in the visitation room – like an electronic device, TV or tablet. Mr. King stated that the boys previously had access to TV and other devices, but the boys were no longer able to have access to this because the boys were "climbing on the shelf" and being destructive. We then spoke about handheld devices that could be purchased, but there wasn't a way to connect to the Wi-Fi at the Kent DCYF office for security reasons.

10. When I returned to the visitation room at about 2:30pm, A████ had escaped the visitation room and he was discovered by several staff members over at the Taco Time across the street on the opposite side of the building. I went in to check in on E████. He was in the room using my phone to take photos. When I told him that it was time for me to leave, he became very upset. A████ came running back by the window. I went outside to see if I could talk to him about coming back inside the office. The police showed up and were talking with staff about restraining A████ to get him to cooperate. I was able to pick A████ up and bring him inside. He was willing to allow me to do this so long as I agreed to not make him go into the visitation room. A████ stated, "Not the visitation room we've been in there all day."

11. J████ then came out of a separate visitation room and was saying things like "oh sure, bring me out so I can calm them down," and "bring me out here so I can get them to do what you want them to do." Then all three boys started tearing up the floor of the main lobby and bending the fire extinguisher case mounted on the wall at the Kent DCYF office. A████ started to try to punch me. I turned it into a game that could be

DECLARATION- 4

NORTHWEST DEFENDERS DIVISION
KING COUNTY DEPARTMENT OF PUBLIC DEFENSE
124 4th Ave S, Suite 100
Kent, Washington 98032
Phone: (206) 674-4700  Fax: (206) 674-4702

constructive. I continued talking with the younger two boys to get them to sit on the floor next to me. A▇▇ agreed to sit down in the lobby with me. E▇▇ was in the visitation room screaming to be let out while the security guards continued to hold the door closed. The boys continued to run all around the lobby and visitation room with high intensity.

12. At 4:00 PM the children's' mother showed up to the office with milkshakes for the boys. There was a dramatic change in their behavior, energy level and calmness. There chaotic behavior stopped almost like someone had turned it off with a switch. They greeted their mom and followed her easily into the visitation room. The boys eagerly shared with their mom about their experience at the DCYF office for the day.

I, __Jason Bragg__, hereby swear and affirm that the foregoing is true and correct to the best of my knowledge under penalty of perjury in the State of Washington.

DATED __February 8th, 2020__



DECLARATION- 5

NORTHWEST DEFENDERS DIVISION
KING COUNTY DEPARTMENT OF PUBLIC DEFENSE
124 4th Ave S, Suite 100
Kent, Washington 98032
Phone: (206) 674-4700   Fax: (206) 674-4702