# EXHIBIT SS

Activity: Child - Face to Face with Child   Participant: J███ M███.   Location: Children's Administration Office   Time: 06:15 PM   TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1   Entered By: JANE POWERS   Date Entered: 04/07/2020   Time Entered: 11:42 PM

After Hours SW Powers took over supervision of J███ at the OICW visit center.

J███ came running out to this SWs vehicle and said "hi" and this SW greeted him and asked him how he was, he answered in a polite way and asked what he and this SW would be doing. SW told him first we had a small job to do. There was no security guard with J███ when SW arrived. SW informed AH Sup. O'Neal, SW explained I would not need guard but wanted to be sure to inform sup that there was not one present.

SW and J███ went to the hotel to search for some items the Supervisor requested. J███ seemed to enjoy having a task and help this SW look for the items, we were unsuccessful. This SW and J███ talked about his day camp which he had nothing good to say about, he asked that this SW state to daytime SWs that he does not like McDonalds food but yet "they keep getting it for me for dinner."

SW informed J███ that tonight there would be a "Super moon" and we need to try to remember to watch for it as it gets darker. J███ seemed very interested in this. This SW was given a new assignment and was to drop J███ off with another AH SW to take over supervision. J███ was cooperative and respectful the entire time this SW was with him, he transitioned to the new SW without incident but did ask to "please not sit and drive around in the car all night."

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 47326700 | Note Finalized ☒ |
|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | |
| Date Occurred: 04/07/2020 | | Time Occurred: 07:30 PM | |
| Date Entered: 04/08/2020 12:48 AM | | Note Entered by: Flemming, Tayler. N. | |
| Related Participants and Collaterals: J███ M███ | | Related Intakes: | |

### ACTIVITIES

Activity: Child - Face to Face with Child   Participant: J███ █████.   Location: Placement Facility   Time: 07:30 PM   TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1   Entered By: Tayler N. Flemming   Date Entered: 04/08/2020   Time Entered: 12:48 AM