# EXHIBIT TT

A▮: ok dad. bye.
J▮: ok I love you
A▮: I love you too
SW: hung up the call.

This SW continued playing with A▮ until Adam from AH arrived at 5:15pm to pick up A▮. This SW continued playing with A▮ for a little longer and then said good bye to A▮, and asked him for an imaginary hug, A▮ replied "ok imaginary because we can't touch each other." SW agreed and reminded him to wash his hands.

There were no events and SWOTD duties were over at 5:30pm.

| | | | |
|---|---|---|---|
| Case Name:<br>MEDICRAFT, SHAYLEE | Case ID:<br>2585395 | Case Note ID:<br>47338688 | Note Finalized ☒ |
| Case Note Category: CFWS | | Case Note Type: Contact | |
| Date Occurred: 04/10/2020 | | Time Occurred: 06:00 PM | |
| Date Entered: 04/11/2020 01:19 AM | | Note Entered by: CURLEE, JESSE, R. | |
| Related Participants and Collaterals:<br>▮. M▮ | | Related Intakes: | |

### ACTIVITIES

Activity: Child - Face to Face with Child Other (License or Unlicensed)    Participant: ▮. M▮, Jr.    Location:
Time: 06:00 PM    TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By: JESSE R. CURLEE    Date Entered: 04/11/2020    Time Entered: 01:19 AM

Today I, Afterhours Social Worker Jesse Curlee took care of J▮ from daytime social workers at the West Seattle visitation center. J▮ was reported to have been removed from his day camp for an unknown reason. J▮ was reported to have had an upset stomach and diarrhea this morning, but J▮ states he feels better know. J▮ chose to eat crackers and apple sauce this evening and watched videos until it was time to transition to the hotel. During transport J▮ stated his stomach was sore because was restrained by day camp staff, and J▮ states the staff touched him inappropriately. J▮ quickly changed subjects and was calm during the rest of the transport. Arriving at the hotel J▮ began arguing with another child in care, and asked to go for a walk and chose to walk on the treadmill in the fitness room. J▮ calmed down after two walks and came into the room, and eventually calmed down and went to sleep. J▮ did well when spoken to in a calm tone throughout the evening. He seemed to enjoy simple conversation and did well when he was the only child.

5:55pm took care of J▮.
10:15pm J▮ transported to Ramada in