# EXHIBIT UU

| | |
|---|---|
| **SHAYLEE** | |
| Case Note Category: CPS | Case Note Type: Contact |
| Date Occurred: 04/12/2020 | Time Occurred: 01:00 PM |
| Date Entered: 04/12/2020 07:50 PM | Note Entered by: BOLT, SARAH, A. |
| Related Participants and Collaterals: J▇▇ M▇▇, ▇ | Related Intakes: 02/10/2020 2:54 PM 4316649 |

### ACTIVITIES

Activity: Child - Face to Face with Child    Participant: J▇▇ M▇▇    Location: Other (License or Unlicensed)    Time: 01:00 PM    TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By : SARAH A. BOLT    Date Entered : 04/12/2020    Time Entered : 07:50 PM

AHSW Bolt took over supervision of J▇▇ at 1 pm from SW Rudd. J▇▇ did not listen or follow instructions today unless it was said that he and his brother would be separated. J▇▇ made weapons from bamboo sticks including a bow and arrow and a slingshot. J▇▇ did not use appropriate language when talking to others. J▇▇ did not have any belongings with him. Supervision was transferred to AHSW Bolieau at 7 pm. There are no other incidents to report at this time.

| | | | |
|---|---|---|---|
| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 47339351 | Note Finalized ☒ |
| Case Note Category: CFWS | | Case Note Type: Contact | |
| Date Occurred: 04/12/2020 | | Time Occurred: 06:15 PM | |
| Date Entered: 04/13/2020 01:33 AM | | Note Entered by: CONTEH, CENA, R. | |
| Related Participants and Collaterals: A▇▇ M▇▇ | | Related Intakes: | |

### ACTIVITIES

Activity: Contact - Care Provider or Facility Provider    Participant: A▇▇ M▇▇
Location: Children's Administration Office    Time: 06:15 PM    TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1    Entered By : CENA R. CONTEH    Date Entered : 04/13/2020    Time Entered : 01:33 AM

6:30 pm Arrived at KW to get vehicle. Connected with Damian to meet at Visitation.

7:10 arrived at Visitation car. As I stepped out of the car, A▇▇ M▇▇ came up to ask if I was there for him. I told him maybe or maybe not. He then kicked me and call me a fucking Bitch and ran.