# EXHIBIT VV

During the meeting with A▇ the father explained to A▇ that all parties are going to be working together to help the family reunite and that he should tell the SW if he has any concerns. A▇ asked when they would be reunited and the father appropriately stated that he was not sure but that he hoped it was soon. He explained to A▇ how he needed to not run away and to make safe decisions and to listen to the SW.

A▇ appeared to listen and was cooperative during transportation back to the office.

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 47160776 | ☐ | Note Finalized |
|---|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | | |
| Date Occurred: 02/25/2020 | | Time Occurred: 06:10 PM | | |
| Date Entered: 02/26/2020 02:11 AM | | Note Entered by: Paifaleula, Moliga | | |
| Related Participants and Collaterals: J▇ M▇ | | Related Intakes: | | |

## ACTIVITIES

Activity: Child - Face to Face with Child    Participant: J▇ M▇
Location: Other (License or Unlicensed)    Time: 06:10 PM    TCM: No

## CONTACTS

## NARRATIVE

Case Note 1 of 1    Entered By : Moliga Paifaleula    Date Entered : 02/26/2020    Time Entered : 02:11 AM

AHSW Moliga and AHSW Chantress Campbell took over supervision of J▇ at the Kent DCYF office from a day worker (name unknown) at approximately 6:10pm. Day worker reported that J▇ had already eaten dinner, he doesn't take any medications, he is currently in a visit with his dad and siblings, the dad can walk J▇ to the vehicle once AH arrive, and that J▇ have his bag with him. Dad walked J▇ to the state vehicle and said their goodbyes. Dad reported that J▇ has his Nintendo switch with him. At approximately 6:20pm SW Moliga and SW Campbell along with the security guard transported J▇ to the OICW office to pick up another youth. J▇ showed his Nintendo switch to the Security guard and played games on his Nintendo switch during transportation. Once arrived to the OICW office J▇ went into the OICW building with staff and the security guarding looking for the other youth. The other youth ran. SW Moliga, SW Campbell, and the security guard walked J▇ back to the state vehicle without any issue. J▇ continued to play games on his Nintendo switch during transportation back to the Kent DCYF to dropped off the security guard and picked up the other security guard. SW Campbell and the security guard supervised J▇ in the state vehicle while SW Moliga went inside the Kent DCYF office and grabbed snacks for J▇ SW Campbell reported via text that J▇ is doing great and that he is showing his Nintendo switch to the security guard and continued to play games on there. SW Moliga and SW Campbell took J▇ for a drive to West Seattle while waiting for placement. At 8:22pm SW Moliga received a text from AH Sup O'Neal saying that J▇ is going to the hotel for placement. At approximately

8:30pm SW Moliga and SW Campbell and the security guard transported J▒ to Hotel Nexus in Northgate for placement with an arrival time of approximately 9pm. J▒ fell asleep during transportation to the hotel. SW Moliga woke youth up and he walked with staff to the front desk to get the room key. J▒ asked the front desk for the WiFI password but SW Moliga informed the front desk not to give it to him. J▒ was upset with SW Moliga and yelled at SW Moliga. Once on the fourth floor J▒ saw a McDonalds across the street and wanted to go there to get food. SW Moliga informed J▒ that SW Moliga got him some snacks from the Kent office. J▒ said he doesn't want it and refused to eat the snacks. J▒ started yelling and SW Moliga informed J▒ that AH Sup O'Neal informed SW Moliga that if he misbehave tonight at the hotel he will sit in the office all night. J▒ was upset and the security guard was able to calm him down. J▒ got a soda from the vending machine. AH Sup O'Neal was notified of the information mentioned above. Once in the room J▒ settled in his bed, helped staff with the pull out couch, played cards with the security guard, watched TV, and fell asleep at approximately 10pm. Supervision of youth was transferred to SW Timothy Stallworth and SW Phillip Kyllo at the hotel at 12:30am. No other issues to report,

| Case Name: MEDICRAFT, SHAYLEE | Case ID: 2585395 | Case Note ID: 47158765 | Note Finalized ☐ |
|---|---|---|---|
| Case Note Category: CFWS | | Case Note Type: Contact | |
| Date Occurred: 02/25/2020 | | Time Occurred: 06:45 PM | |
| Date Entered: 02/26/2020 12:12 AM | | Note Entered by: Sadang, Arcon, M. | |
| Related Participants and Collaterals: E▒ M▒ | | Related Intakes: 02/10/2020 2:54 PM 4316649 | |

### ACTIVITIES

Activity: Child - Face to Face with Child     Participant: E▒ M▒
Location: Placement Facility   Time: 06:45 PM     TCM: No

### CONTACTS

### NARRATIVE

Case Note 1 of 1     Entered By : Arcon M. Sadang     Date Entered : 02/26/2020   Time Entered : 12:12 AM

After Hours SW Sadang picked up child E▒ M▒ at the Kent Office at around 6:45 PM. E▒ was currently having a visitation with his parents. It was observed that he was being fed and given medication by his parents and some Day SW. Before leaving the office, E▒ was provided with clothings for overnight placement and medications as well. Since the confirmed overnight placement can only accommodate E▒ between 9:30 to 10:00 pm, he was taken for a drive until he suggested to stop by a fast food restaurant playground. E▒ was observed as compliant and engaging so the SW granted him. He did not have fun at the playground since there were no other kids around. He requested if we just go back to the car and just drive around.

At around 8:30 pm, the Foster Parent with provider #1507300 was called and notified about the