# EXHIBIT WW

## Statement of Shaylee Medicraft (Mother)

I Shaylee Medicraft am the mother of J███ A███ E███ M███ and N███ M███. On January 20, 2020 I had a visit with my two boys J███ and A███ at the West Seattle visit center. When I arrived at the visit center my oldest son J███ came running up to my vehicle. My son came up to me shivering, and crying. I was in shock with what I saw. It was raining this day, the temperature which I checked later was 42 degrees. J███ stood before me with no jacket, and no shoes. He was in his stocking feet. His feet were wet. I let my 9 year old son into my vehicle where it was warm. He was still shivering from the cold. He was wet. I took his socks off, the skin on his feet was wrinkled from being wet. He told me that the cps staff lost his shoes and that he had been out in public with no shoes on. He told me he had walked a lot that day outside. J███ and I exited the vehicle and walked back to the dcyf visit center. The door was locked. J███ pointed to a cps staff member sitting in a vehicle outside. I walked up to the vehicle and knocked on the door. The staff member didn't even appear to know J███ had came to my vehicle. J███ instantly began to curse the dcyf person for locking him out. I asked why he was standing outside and not inside. They did not answer. J███ told me that he had ran outside to escape a teen who was beating him up. J███ informed me that dcyf told him he could stay outside, for punishment. J███ was made to stand outside, with no jacket and in only wet socks on his feet while dcyf staff sat in their car. After we were let in, I was very upset. J███ sat on my lap and I held him so he could warm up. J███ them began to tell me how a teen much older than him was harassing him. The harassment turned into a fight when J███ tried to defend himself against physical abuse. J███ also told me that their was a teen girl there who video recorded this on her phone. I found the girl and asked her what happened. She backed up J███ description of what happened. I asked her if I could watch the video. She played it for me. In the video J███, my 9 year old son was curled up on the floor having to endure blow after blow by a teen. In the video you could hear the teen girl telling dcyf staff to do something. In the video you could see dcyf staff sitting doing nothing. J███ broke free from the beating he was made to endure, and that is when he ran outside. J███ said he had stood outside for quite a long time. When I questioned dcyf about all this, they had no comment. If the court were to check the records of January 20, 2020 I'm sure they could get a copy of who was their that day, and know the name of the teen girl who recorded and witnessed this and ask her. My 9 year old son J███ could verify this account as would my son E███ who had to witness his brother being beaten. This is serious child abuse and neglect in the hands of cps, not the parent. I swear this to be the truth.

Shaylee Medicraft  *Shaylee Medicraft* (signature)
(Mother)