HONORABLE MICHELLE L. PETERSON

UNITED STATES FEDERAL DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES and SHAYLEE MEDICRAFT, husband and wife and the marital community thereof, themselves and on behalf of their minor children: JM, AM, EM, MM and NM,<br><br>Plaintiff(s),<br><br>v.<br><br>THE STATE OF WASHINGTON; DEREK P. LEUZZI and JANE DOE LEUZZI, husband and wife and the marital community thereof; ROSS HUNTER and JANE DOE HUNTER, husband and wife and the marital community thereof; TANESSA SANCHEZ and JOHN DOE SANCHEZ, husband and wife and the marital community thereof; TABITHA CULP and JOHN DOE CULP, husband and wife and the marital community thereof; ELIZABETH STERBICK and JOHN DOE STERBICK, husband and wife and the marital community thereof; CLEVELAND KING, and JANE DOE KING, husband and wife and the martial community thereof; TABITHA POMEROY and JOHN DOE POMEROY, husband and wife and the marital community thereof; PHOENIX PROTECTIVE CORP., a Washington State corporation; SHEILA LESLIE and JOHN DOE LESLIE, husband and wife and marital community thereof; JAGRUT SHAH and JANE DOE SHAH, husband and wife and the marital community thereof; LUFTI AL MARFADI and JANE DOE MARFADI, husband and wife and marital community | NO.  C21-1263-JCC-MLP<br><br>**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>NOTE ON MOTION CALENDAR:  OCTOBER 29, 2021<br><br>*(Clerk's Action Required)* |

---

**STIPULATED MOTION AND (PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** - 1

10850-0020  Medicraft v. State of Washington, et al., C21-1263-MLP - Stip. Order (Sub. Counsel.)
NO.  C21-1263-JCC-MLP

**PREG O'DONNELL & GILLETT** PLLC

901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

thereof; COLVIN CIVISH and JANE DOE CIVISH, husband and wife and marital community thereof and JOHN DOES 1 through 20, residents of Washington,

       Defendant(s).

**TO:**   THE CLERK OF THE ABOVE ENTITLED COURT

**AND TO:**  All Counsel of Record

  Pursuant to LCR 83.2(b)(1) the parties hereby stipulate that Robert W. Ferguson, Attorney General, and A. Janay Ferguson and Madison Burke, Assistant Attorneys General, should be allowed to withdraw as counsel for Defendants Derek P. Leuzzi and Jane Doe Leuzzi, husband and wife and the marital community thereof, and that Special Assistant Attorneys General Emma Gillespie and Kelsey Norman and the law firm of Preg O'Donnell & Gillett PLLC should be substituted as counsel.  This substitution is necessitated by the recent amended complaint, filed by Plaintiffs on October 12, 2021, and poses no prejudice to any party.

  DATED this 29th day of November, 2021.

*Withdrawing Counsel*

**ROBERT W. FERGUSON**
**Attorney General**

By /s/Madison Burke
  Madison Burke, WSBA #51250
Assistant Attorney General


**ROBERT W. FERGUSON**
**Attorney General**

By /s/A. Janay Ferguson
  A.  Janay Ferguson, WSBA #31246
Assistant Attorney General

*Substituted Counsel*

**PREG O'DONNELL & GILLETT PLLC**

---

**STIPULATED MOTION AND (PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** - 2
10850-0020  Medicraft v. State of Washington, et al., C21-1263-MLP - Stip. Order (Sub. Counsel.)
NO.  C21-1263-JCC-MLP

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

By  /s/Emma Gillespie
    Emma Gillespie, WSBA #33255

**PREG O'DONNELL & GILLETT PLLC**

By  /s/Kelsey Norman
    Kelsey Norman, WSBA #50325

*Approved as to form:*

**Arnold & Jacobowitz PLLC**

By  /s/Nathan Arnold
    Nathan J. Arnold, Esq., WSBA #45356
    R. Bruce Johnston, Esq., WSBA #4646

## ORDER

This matter came before the Court on the stipulated motion of the Attorney General's Office, Preg O'Donnell & Gillet PLLC, and Arnold & Jacobowitz PLLC to substitute Preg O'Donnell & Gillet PLLC as counsel of record for Defendants Derek P. Leuzzi and Jane Doe Leuzzi in place of Robert W. Ferguson, Attorney General, and A. Janay Ferguson and Madison Burke, Assistant Attorneys General in this matter pursuant to LCR 83.2(b)(1).  The Court has considered the motion and therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 1st day of November, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

**STIPULATED MOTION AND (PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** - 3
10850-0020  Medicraft v. State of Washington, et al., C21-1263-MLP - Stip. Order (Sub. Counsel.)
NO.  C21-1263-JCC-MLP

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113