UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, *et al.*, <br><br>   Defendants. | Case No. C21-1263-JCC-MLP <br><br> ORDER |

Pursuant to the parties' stipulation on the record (dkt. # 50) and stipulated motion (dkt. # 52), the Court hereby ORDERS that Plaintiffs are granted leave to amend to file a second amended complaint by **March 7, 2022**. Defendants shall serve and file any responsive pleadings within 21 days of service of Plaintiffs' second amended complaint.

Dated this 3rd day of February, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1