1

2                                                                    Hon. Michelle L. Peterson

3

4

5              **UNITED STATES DISTRICT COURT**
          **WESTERN DISTRICT OF WASHINGTON**
6                       **AT SEATTLE**

7   JAMES and SHAYLEE MEDICRAFT,                NO.  C21-1263-JCC-MLP
    husband and wife and the marital
8   community thereof, themselves and on       **STIPULATION AND ORDER**
    behalf of their minor children: J.M.,      **FOR DEFENDANTS STATE OF**
9   A.M., E.M., M.M. and N.M.,                  **WASHINGTON ET AL TO FILE**
                                                **SECOND AMENDED ANSWER**
10          Plaintiffs,                         **TO PLAINTIFF'S SECOND**
                                                **AMENDED COMPLAINT**
11  v.

12  THE STATE OF WASHINGTON; *et al.*,

13          Defendants.

14

15          The Plaintiffs and the Defendants: the State of Washington, Department of Children Youth

16  and Families (DCYF); Tanessa Sanchez and John Doe Sanchez, husband and wife and the marital

17  community thereof; Tabitha Culp and John Doe Culp, husband and wife and the marital

    community thereof; Elizabeth Sterbick And John Doe Sterbick, husband and wife and the marital
18
    community thereof; Tabitha Pomeroy and John Doe Pomeroy, husband and wife and the marital
19
    community thereof; Ross Hunter and Jane Doe Hunter, husband and wife and the marital
20
    community thereof; Bonnie White and John Doe White, husband and wife and the marital
21
    community thereof; ("Defendants") through their respective counsel of record, hereby agree and
22

23  STIPULATION AND ORDER FOR                   1          ATTORNEY GENERAL OF
    DEFENDANTS STATE OF WASHINGTON                              WASHINGTON
    ET AL TO FILE SECOND AMENDED                                Torts Division
    ANSWER TO PLAINTIFF'S SECOND                          7141 Cleanwater Drive SW
    AMENDED COMPLAINT                                           PO Box 40126
    NO. C21-1263-JCC-MLP                                  Olympia, WA 98504-0126
                                                               (360) 586-6300

1

2
stipulate that these Defendants are granted leave to amend Defendants' First Amended Answer to

Plaintiffs' Second Amended Complaint for Damages and Affirmative Defenses. The parties have

meet and conferred regarding the affirmative defenses in Defendant's First Amended Answer and

are in agreement that leave to amend Defendant's First Amended Answer to Plaintiffs' Second

Amended Complaint for Damages and Affirmative Defenses should be granted. In accordance

with LCR 15, attached as Exhibit A is Defendants' proposed Second Amended Answer to

Plaintiffs' Second Amended Complaint for Damages and Affirmative Defenses. Should the Court

grant leave for the Defendants to file the amended pleading attached as Exhibit A.

Plaintiffs reserve all rights, including the right to move to strike pursuant to FRCP 12(f)

after review of the amended pleadings contemplated herein.

The parties, as evidenced by the electronic signatures below, are in agreement to this

leave to amend Defendants' First Amended Answer to Plaintiffs' Second Amended Complaint for

Damages and Affirmative Defenses.

DATED this 6th day of May, 2022.

ROBERT W. FERGUSON
Attorney General

ROBERT W. FERGUSON
Attorney General

/s/ Peter Kay
PETER KAY,
Attorney for Defendant
WSBA No. 31246
Assistant Attorney General
Office of the Attorney General – Torts Division
7141 Cleanwater Dr. SW
Tumwater, WA 98504

/s/Madison Burke
MADISON BURKE,
Attorney for Defendant
WSBA No. 51250
Assistant Attorney General
Office of the Attorney General – Torts Division
7141 Cleanwater Dr. SW

STIPULATION AND ORDER FOR
DEFENDANTS STATE OF WASHINGTON
ET AL TO FILE SECOND AMENDED
ANSWER TO PLAINTIFF'S SECOND
AMENDED COMPLAINT
NO. C21-1263-JCC-MLP

2

ATTORNEY GENERAL OF
WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Telephone: (360) 586-6300
Email: Peter.Kay@atg.wa.gov

Tumwater, WA 98504
Telephone: (360) 586-6300
Email: Madison.Burke@atg.wa.gov

ARNOLD & JACOBOWITZ PLLC

*/s/Nathan J. Arnold*
Nathan J. Arnold, WSBA #45356
Attorneys for Plaintiffs
2701 First Avenue, Ste 200
Seattle, WA 98121-1126
Telephone: (206) 866-3230
nathan@cajlawyers.com

## ORDER

The parties having so stipulated for leave to amend under FRCP 15 and LCR 15, and the Court finding good cause for entry hereof, now therefore, it is hereby:

ORDERED that leave is granted for the Defendants to amend Defendants' First Amended Answer to Plaintiffs' Second Amended Complaint for Damages and Affirmative Defenses and to file Defendants' proposed Second Amended Answer to Plaintiffs' Second Amended Complaint for Damages and Affirmative Defense with the Court.  Plaintiffs reserve all rights, including the right to move to strike pursuant to FRCP 12(f) after review of the filed amended pleading.

Dated this 9th day of May, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND ORDER FOR
DEFENDANTS STATE OF WASHINGTON
ET AL TO FILE SECOND AMENDED
ANSWER TO PLAINTIFF'S SECOND
AMENDED COMPLAINT
NO. C21-1263-JCC-MLP

3

ATTORNEY GENERAL OF
WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300