UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MEDICRAFT, *et al.*,

        Plaintiffs,

   v.

STATE OF WASHINGTON, *et al.*,

        Defendants.

Case No. C21-1263-BJR-MLP

ORDER

Before this Court is Defendants' Motion to Amend Case Schedule ("Defendants' Motion"). (Dkt. # 94.) Based on Plaintiffs' lack of opposition (dkt. # 98 at 1, 5), and otherwise finding good cause, Defendants' Motion (dkt. # 94) is GRANTED. The Court orders the following amended schedule:

| Event[1] | Date |
|---|---|
| JURY TRIAL on: | 5/15/2023 |
| Reports of expert witnesses under FRCP 26(a)(2) due: | 11/19/2022 |
| Discovery completed by: | 12/16/2022 |

---

[1] Since the previous scheduling order issued in this case, this matter was transferred to the Honorable Barbara J. Rothstein. Accordingly, amendments to previous requirements in the prior issued scheduling order have been made to comport with Judge Rothstein's Standing Order and scheduling requirements. (*See* dkt. # 84.)

ORDER - 1

| | |
|---|---|
| All dispositive motions must be filed by: | 1/13/2023 |
| All motions *in limine* must be filed by: | 4/10/2023 |
| Joint Pretrial Statement by: | 4/17/2023 |
| Pretrial conference at 10:30 a.m. on: | 5/1/2023 |
| Length of Jury Trial | 21 Days |

These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery in the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Courtroom Deputy Clerk in writing within **TEN (10)** days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Dated this \_\_\_\_ day of June, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2