# EXHIBIT 1

**Culp, Tabitha M (DCYF)**

**From:** Teeter, Anita (DCYF)
**Sent:** Monday, February 10, 2020 1:24 PM
**To:** King, Cleveland (DCYF)
**Cc:** Dinh, Ly (DCYF); Gaddis, Jennifer (DCYF); Kallmann, Paul (DCYF); Allbee, J'aime (DCYF); Culp, Tabitha M (DCYF)
**Subject:** Re: Triage & Consultation Support on Complex case

This is very helpful. We with facility the consult on Wed.

---

On: 10 February 2020 13:15,
"King, Cleveland (DCYF)" <cleveland.king@dcyf.wa.gov> wrote:

Hi Anita,

The case is Medicraft 2585395. We are struggling with serving the family. We removed the children from the parents care due to a NCO between father, mother and the children. The NCO order was issued out of New York. There were also allegations that the children were physically abused. Since we brought the children into care we have seen the children's behavior and it is very possible the children could have injury themselves. We have had concerns that the parents have been telling the children to act unruly so they can be returned to their care. We suspending fathers visit because he told the children to assault staff. The judge ruled against the department and reinstated father's visits. Mother has been somewhat cooperative and has responded to trying to deescalate the children. The children have assaulted staff almost daily. We have had them seen by children's, made wise referrals and are currently working with Coordinated care. We are looking at if the children can go home to the mother with appropriate services. The NCO order was also lifted which is another reason why returning to mother is a concern. We think that mother is minimizing or denying previous DV between her and her husband. Mother wants to be a family with father and all the children. I would like to see DV victims class for mother and something for the father. I doubt they will take any classes at this point. They are not agreeing to anything at this point because we are still in shelter care status. They believe the reason the children are so assaultive and destructive is because they were removed from their parents. The AAG's are worried about a tort case if we return to the parents. We are trying to assess if we can safely return the children to the parents. If so what does that look like. What services should be in place. Please let me know if you any other questions. Thank you!

---

**From:** Teeter, Anita (DCYF) <anita.teeter@dcyf.wa.gov>
**Sent:** Monday, February 10, 2020 12:46 PM
**To:** King, Cleveland (DCYF) <cleveland.king@dcyf.wa.gov>
**Cc:** Dinh, Ly (DCYF) <ly.dinh@dcyf.wa.gov>; Gaddis, Jennifer (DCYF) <jennifer.gaddis@dcyf.wa.gov>; Kallmann, Paul (DCYF) <paul.kallmann@dcyf.wa.gov>
**Subject:** RE: Triage & Consultation Support on Complex case

Good Morning,
I have set up an outlook notice. Would you please send the case number and questions for the consultation to this email?

Thank you
Anita

**From:** King, Cleveland (DCYF) <cleveland.king@dcyf.wa.gov>
**Sent:** Saturday, February 8, 2020 9:59 AM
**To:** Teeter, Anita (DCYF) <anita.teeter@dcyf.wa.gov>
**Subject:** Re: Triage & Consultation Support on Complex case

Thank you,

I will make arrangements for my team to join Wed at noon. Sorry for the back and forth.

On: 07 February 2020 17:12,
"Teeter, Anita (DCYF)" <anita.teeter@dcyf.wa.gov> wrote:

I'm sorry I can't get a team together Monday at noon. Can it be wed at noon?

On: 07 February 2020 16:29,
"King, Cleveland (DCYF)" <cleveland.king@dcyf.wa.gov> wrote:

Let's do Monday at Noon.

**From:** Teeter, Anita (DCYF) <anita.teeter@dcyf.wa.gov>
**Sent:** Friday, February 7, 2020 4:24 PM
**To:** King, Cleveland (DCYF) <cleveland.king@dcyf.wa.gov>
**Subject:** Re: Triage & Consultation Support on Complex case

I am a client rep in the Cox Powel law suit for 4 weeks beginning Monday. Is We'd at noon too late

On: 07 February 2020 15:51,
"King, Cleveland (DCYF)" <cleveland.king@dcyf.wa.gov> wrote:

Tuesday works better if we can do it after 1:30 pm. Thank you!

**From:** Teeter, Anita (DCYF) <anita.teeter@dcyf.wa.gov>
**Sent:** Friday, February 7, 2020 11:55 AM
**To:** King, Cleveland (DCYF) <cleveland.king@dcyf.wa.gov>
**Subject:** Re: Triage & Consultation Support on Complex case

Hello. Y a we could get it scheduled for Monday. Is there a time that works for you? Would noon possibly work?

On: 07 February 2020 10:31,
"King, Cleveland (DCYF)" <cleveland.king@dcyf.wa.gov> wrote:

I am thinking we should do something more urgent. I got your out office saying you are out today. We can look at Monday when you return or Tuesday if that is best.

---

**From:** Teeter, Anita (DCYF) <anita.teeter@dcyf.wa.gov>
**Sent:** Friday, February 7, 2020 9:28 AM
**To:** King, Cleveland (DCYF) <cleveland.king@dcyf.wa.gov>
**Subject:** Re: Triage & Consultation Support on Complex case

Good Morning
We schedule accordingly to the office need. We can do urgent or scheduled.

Let me know what you need.

Anita

---

On: 07 February 2020 08:16,
"King, Cleveland (DCYF)" <cleveland.king@dcyf.wa.gov> wrote:

What time slots do you have available?

---

**From:** Teeter, Anita (DCYF) <anita.teeter@dcyf.wa.gov>
**Sent:** Wednesday, February 5, 2020 4:41 PM
**To:** King, Cleveland (DCYF) <cleveland.king@dcyf.wa.gov>
**Cc:** Odimba, Joel (DCYF) <joel.odimba@dcyf.wa.gov>; March, John (DCYF) <john.march@dcyf.wa.gov>; Booker, Kwesi L <kwesi.booker@dcyf.wa.gov>
**Subject:** Triage & Consultation Support on Complex case

Good Afternoon Cleveland,

I hope you are doing well. I understand you have a complex case with three little children. We would like to offer support from our
Region 5 Triage & Consultation. I believe you are familiar with the consultation process as our R5 team assisted R4 in developing a similar process.

I would be happy to assist by setting up a Triage & Consultation Staffing tomorrow to consult on your complex case in Region 5 or provide support to the R4 team.

Please let me know how I can best support you.

Respectfully,

**Anita Teeter, MA | Regional Programs Administrator**
Child Welfare Division | Field Operations, Region 5
Tacoma O: 253-983-6251 | Cell: 360-999-0890 teeter.anita@dcyf.wa.gov
To report child abuse, child neglect, or unlicensed child care, please call 888-713-6115.

Medicraft Rec'd 4/24/20  1784