Hon. Barbara Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES and SHAYLEE MEDICRAFT, husband and wife and the marital community thereof, themselves and on behalf of their minor children: J.M., A.M., E.M., M.M. and N.M.,

Plaintiffs,

v.

THE STATE OF WASHINGTON, et al.,

Defendants.

NO. 2:21-cv-01263-BJR

ORDER GRANTING STIPULATED MOTION FOR FRCP 35 MEDICAL EXAM OF PLAINTIFF JAMES MEDICRAFT

THIS MATTER has come before the Court on Defendants, the State of Washington, Department of Children Youth and Families (DCYF); Tanessa Sanchez and John Doe Sanchez; Tabitha Culp and John Doe Culp; Elizabeth Sterbick and John Doe Sterbick; Tabitha Pomeroy and John Doe Pomeroy; Ross Hunter and Jane Doe Hunter; Bonnie White and John Doe White's Stipulated Motion for FRCP 35 Medical Exam Of Minor Plaintiffs, said Defendants appearing through Robert W. Ferguson, Attorney General, and Assistant Attorneys General, Peter Kay; Tender Defense appearing through Paine Hamblen; Plaintiffs, appearing through their counsel, Nathan J. Arnold; Defendants Derek Leuzzi and Jane Doe Leuzzi, appearing through their counsel, Emma Gillespie and Kelsey Norman; Defendant Phoenix Protect Corp., appearing through their

ORDER GRANTING STIPULATED MOTION FOR FRCP 35 MEDICAL EXAM OF PLAINTIFF JAMES MEDICRAFT
NO. 2:21-cv-01263- BJR

1

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

counsel, Eron Z. Cannon and Jesse C. Williams; Defendants Lufti Al Marfadi and Jane Doe Marfadi, appearing through their counsel, Benjamin J. Lantz; and all parties having stipulated and the Court having considered the Stipulated Motion, and good cause appearing, now, therefore:

**ORDERS** and **ADJUDGES** the following:

1. The Independent Mental Exam of Plaintiff JAMES MEDICRAFT by Dr. Jill McGovern will be held as follows:

   a. Date and time of Examination: Wednesday February 8, 2023 at 9:00 A.M (Noon east coast time) and continuing as needed, with reasonable breaks, up to 4 hours.

   b. Location of Examination: The exam will be conducted by remote medical video platform, with internet links to be provided to the Plaintiff and any representative of the Plaintiff present under section 2.

   c. Examiner: Dr. Russell Vandenbelt, MD.

   d. Scope: The examination is to evaluate the Plaintiff's past mental and emotional trauma, adaptive functioning, current mental health/psychological concerns and any future mental health/psychological treatment. The examination will include a records review, the administration of valid and reliable testing routinely used by forensic medical and mental health experts to evaluate individuals, and a clinical interview. The examination will be conducted according to professional standards as to such examinations. No invasive tests, such as MRI's, blood testing, or X-rays shall be administered during the examination.

2. The Plaintiff may have a representative present, who is not a potential witness, friend, or a relative of the Plaintiff. The representative may observe, but may not interfere or obstruct the examination.

3. The examination may be audio taped or videotaped, as long as the recording is unobtrusive. However, no recording shall be permitted during the testing portion of the remote medical video platform examination.

ORDER GRANTING STIPULATED MOTION FOR FRCP 35 MEDICAL EXAM OF PLAINTIFF JAMES MEDICRAFT
NO. 2:21-cv-01263- BJR

2

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

4. Any raw data for any testing performed shall be made available to the Plaintiff's retained psychological experts(s) upon request.

5. Pursuant to FRCP 35, Plaintiff hereby requests and Defendants shall produce a signed written report setting forth the examiner's findings, including diagnosis, conclusions, and the results of any testing within forty five (45) days of the examination.

DATED this 15th day of February, 2023

*[signature: Barbara J. Rothstein]*

The Honorable Barbara J. Rothstein
United States District Court Judge

ORDER GRANTING STIPULATED MOTION FOR FRCP 35 MEDICAL EXAM OF PLAINTIFF JAMES MEDICRAFT
NO. 2:21-cv-01263- BJR

3

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300