Honorable Barbara J. Rothstein

UNITED STATES FEDERAL DISTRICT COURT
WESTER DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES and SHAYLEE MEDICRAFT, husband and wife and the marital community thereof, themselves and on behalf of their minor children: JM, AM, EM, MM and NM,<br><br>Plaintiff(s),<br><br>v.<br><br>THE STATE OF WASHINGTON; DEREK P. LEUZZI and JANE DOE LEUZZI, husband and wife and the marital community thereof; ROSS HUNTER and JANE DOE HUNTER, husband and wife and the marital community thereof; TANESSA SANCHEZ and JOHN DOE SANCHEZ, husband and wife and the marital community thereof; TABITHA CULP and JOHN DOE CULP, husband and wife and the marital community thereof; ELIZABETH STERBICK and JOHN DOE STERBICK, husband and wife and the marital community thereof; CLEVELAND KING, and JANE DOE KING, husband and wife and the martial community thereof; TABITHA POMEROY and JOHN DOE POMEROY, husband and wife and the marital community | NO.  2:21-cv-01263-BJR<br><br>ORDER GRANTING DEFENDANTS MOTION TO SEAL |

ORDER GRANTING DEFENDANTS MOTION TO SEAL - 1
10850-0020  Prop Order Granting Motion to Seal
NO.  2:21-cv-01263-BJR

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

thereof; PHOENIX PROTECTIVE CORP., a Washington State corporation; SHEILA LESLIE and JOHN DOE LESLIE, husband and wife and marital community thereof; JAGRUT SHAH and JANE DOE SHAH, husband and wife and the marital community thereof; LUFTI AL MARFADI and JANE DOE MARFADI, husband and wife and marital community thereof; COLVIN CIVISH and JANE DOE CIVISH, husband and wife and marital community thereof and JOHN DOES 1 through 20, residents of Washington,

Defendant(s).

Before the Court is Defendant Derek P. Leuzzi and Jane Doe Leuzzi's Motion to Seal Defendant Derek P. Leuzzi and Jane Doe Leuzzi's Second Motion to Dismiss and the Declaration of Emma Gillespie in Support thereof, with exhibits. Having reviewed the motion, and exhibits thereto, containing private and potentially privileged and confidential information related to the Plaintiffs in this matter, including DCYF documents and medical information, the Court GRANTS the motion.

DATED this 3rd day of May, 2023.

*Barbara J. Rothstein*

Honorable Barbara J. Rothstein
United States District Court Judge

ORDER GRANTING DEFENDANTS MOTION TO SEAL - 2
10850-0020  Prop Order Granting Motion to Seal
NO.  2:21-cv-01263-BJR

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Presented by:

PREG O'DONNELL & GILLETT PLLC

By  /s/Emma Gillespie
　　Emma Gillespie, WSBA #33255
　　Kelsey Norman, WSBA #50325
　　Sarah Beth Jones, WSBA #59958
*Attorneys for Defendants Derek P. Leuzzi and Jane Doe Leuzzi*

ORDER GRANTING DEFENDANTS MOTION TO SEAL - 3
10850-0020  Prop Order Granting Motion to Seal
NO.  2:21-cv-01263-BJR

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113