Hon. Barbara Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JAMES and SHAYLEE MEDICRAFT,
husband and wife and the marital
community thereof, themselves and on
behalf of their minor children: J.M., A.M.,
E.M., M.M. and N.M.,

        Plaintiffs,

  v.

THE STATE OF WASHINGTON, et al.,

        Defendants.

NO.  2:21-cv-01263-BJR

ORDER GRANTING RELEASE OF
DEPENDENCY GUARDIAN AD
LITEM RECORDS

THIS MATTER has come before the Court on Defendants, the State of Washington, Department of Children Youth and Families (DCYF); Tanessa Sanchez and John Doe Sanchez; Tabitha Culp and John Doe Culp; Elizabeth Sterbick and John Doe Sterbick; Tabitha Pomeroy and John Doe Pomeroy; Ross Hunter and Jane Doe Hunter; Bonnie White and John Doe White's Stipulated Motion for an Order to release the Dependency Guardian ad Litem Records, said Defendants appearing through Robert W. Ferguson, Attorney General, and Assistant Attorneys General, Peter Kay; Tender Defense appearing through Paine Hamblen; Plaintiffs, appearing through their counsel, Nathan J. Arnold; Defendants Derek Leuzzi and Jane Doe Leuzzi, appearing through their counsel, Emma Gillespie and Kelsey Norman; Defendant Phoenix Protect Corp.,

ORDER GRANTING RELEASE OF
DEPENDENCY GUARDIAN AD
LITEM RECORDS
NO. 2:21-cv-01263- BJR

1

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

appearing through their counsel, Eron Z. Cannon and Jesse C. Williams; Defendants Lufti Al Marfadi and Jane Doe Marfadi, appearing through their counsel, Holly Lynch and all parties having stipulated, and notice having been given to the Guardian ad Litem's Office and counsel for the Guardian ad Litem's Office and approval for entry of the order having been given by Counsel for the Guardian ad Litem's Office, and the Court having considered the Stipulated Motion, and good cause appearing, now, therefore:

**ORDERS** and **ADJUDGES** the following:

1.    The applicable Guardian ad Litem Juvenile Court records regarding the above listed Plaintiffs, including the minor children Plaintiffs, shall be produced under the following conditions: The Guardian ad Litem shall produce copies of the King County Juvenile Court Guardian ad Litem files unredacted as to the names and personal information, including medical, psychological, mental health, and any related CPS referrals or law enforcement contacts of the following individuals:

a.    Plaintiff James Medicraft, father;

b.    Plaintiff Shaylee Medicraft, mother;

c.    Minor Plaintiff J.M.;

d.    Minor Plaintiff A.M.;

e.    Minor Plaintiff E.M.;

f.    Minor Plaintiff M.M.; and

g.    Minor Plaintiff N.M.

ORDER GRANTING RELEASE OF
DEPENDENCY GUARDIAN AD
LITEM RECORDS
NO. 2:21-cv-01263- BJR

2

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1
2
3
4
5
6
7
8
9
10
11

     The applicable King County Juvenile Court Guardian ad litem records under this order consist of only all records, notes, and documents prepared by, obtained by, or maintained by the King County Guardian ad Litem's Office. This order specifically excludes the release and production of any duplicate case file records regarding the Plaintiffs that the Guardian ad litems' office received in response to, or as a part of, discovery requests by the King County Guardian Litem's Office to the Department of Children, Youth, and Families (DCYF) as part of the King County Juvenile Court proceedings concerning the minor plaintiff children. The parties stipulate that the Guardian ad Litem's Office is hereby not ordered to produce these duplicative case file records received from DCYF as part of formal discovery in the King County Juvenile Court proceeding concerning the minor plaintiff children.

12
13

     With regards to the applicable Guardian ad Litem Juvenile Court records:

14
15

     2.     The names and personal information of any non-party minor children shall be redacted;

16
17

     3.     The names of mandatory reporters shall be produced unredacted from referrals, while the identifying information of non-mandatory CPS referents shall be redacted;

18
19

     4.     Personal information of foster parents, if any, shall be produced redacted;

20

     5.     Information related to the welfare/child support files of the above listed Plaintiffs and minor Plaintiffs individuals shall be produced unredacted;

21
22

     6.     Non-party social security numbers and all attorney-client privileged and attorney work product information shall be redacted;

23
24

     7.     A privilege log shall be included in all productions noting documents redacted or withheld and the reasons therefore. No privilege log shall be required for withholding the names,

25
26

ORDER GRANTING RELEASE OF
DEPENDENCY GUARDIAN AD
LITEM RECORDS
NO. 2:21-cv-01263- BJR

3

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

personal identifying information, and social security numbers of Guardian ad Litem Office employees, CPS Referents, DCYF employees, non-party minors and non-party adults.

8.     A copy of the previously entered protective order regarding the Guardian ad Litem records shall be provided to the Guardian ad Litem's office with this order.


DATED this 24th  day of May 2023.


The Honorable Barbara J. Rothstein
United States District Court Judge

ORDER GRANTING RELEASE OF
DEPENDENCY GUARDIAN AD
LITEM RECORDS
NO. 2:21-cv-01263- BJR

4

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300