The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES and SHAYLEE MEDICRAFT, husband and wife and the marital community thereof, themselves and on behalf of their minor children: JM, AM, EM, MM and NM , <br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF WASHINGTON; DEREK P. LEUZZI and JANE DOE LEUZZI, husband and wife and the marital community thereof; TANESSA SANCHEZ and JOHN DOE SANCHEZ, husband and wife and the marital community thereof; TABITHA CULP and JOHN DOE CULP, husband and wife and the marital community thereof; ELIZABETH STERBICK and JOHN DOE STERBICK, husband and wife and the marital community thereof; TABITHA POMEROY and JOHN DOE POMEROY, husband and wife and the marital community thereof; PHOENIX PROTECTIVE CORP., a Washington State corporation; LUFTI AL MARFADI and JANE DOE MARFADI, husband and wife and the marital community thereof; ROSS HUNTER and JANE DOE HUNTER, husband and wife, and the marital community thereof; CLEVELAND KING and JANE DOE KING, husband and wife, and the marital community | NO. 2:21-cv-01263-BJR<br><br>ORDER GRANTING PHOENIX PROTECTIVE CORPORATION'S MOTION TO CONTINUE TRIAL DATE |

ORDER GRANTING PHOENIX PROTECTIVE CORPORATION'S MOTION TO CONTINUE TRIAL DATE - 1

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094  •  f. 206-749-0194

thereof; BONNIE WHITE and JOHN DOE WHITE, husband and wife and the marital community thereof, and JOHN DOES 1 through 20, residents of Washington ,

                Defendants.

THIS MATTER having come before the Court on Phoenix Protective Corporation's Motion to Continue Trial Date, and the Court having received and considered the following:

1. Phoenix Protective Corporation's Motion To Continue Trial Date, ECF No. 226;

2. The Declaration of Jesse Williams in support of Phoenix Protective Corporation's Motion To Continue Trial Date, with exhibits, ECF No. 227:

3. Response, ECF No. 231, with declaration and exhibit, ECF No. 232;

4. Oral argument by Video Conference, held July 19, 2023.

**ORDER**

AND THE COURT having reviewed the authorities stated in the pleadings, and having reviewed and considered the court file, and having heard argument of the parties, and being otherwise advised in the premises, it is now hereby ORDERED that Phoenix Protective Corporation's Motion To Continue Trial Date is GRANTED and that the trial date is moved to April 8, 2024.  All discovery shall be completed by November 30, 2023; the dispositive motions deadline is December 29, 2023; any motions in limine shall be filed no later than February 12, 2024; the joint pretrial statement and related filings are due March 4, 2024;  and the pretrial conference will be held on March 22, 2024 at 9:30 a.m.

SO ORDERED this 19th day of July 2023.

_____
Barbara J. Rothstein
United States District Judge

ORDER GRANTING PHOENIX PROTECTIVE CORPORATION'S MOTION TO CONTINUE TRIAL DATE - 2

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094  •  f. 206-749-0194

1  *Presented by:*

2  FAIN ANDERSON VANDERHOEF ROSENDAHL
3  O'HALLORAN SPILLANE, PLLC

4  By: */s/ Jesse Williams*_____
5  Eron Z. Cannon, # 42706
   Jesse C. Williams, # 35543
6  Counsel for Defendant Phoenix Protective Corp

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING PHOENIX PROTECTIVE
CORPORATION'S MOTION TO CONTINUE TRIAL
DATE - 3

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194