Hon. Barbara Rothstein

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

JAMES and SHAYLEE MEDICRAFT,
husband and wife and the marital
community thereof, themselves and on
behalf of their minor children: J.M., A.M.,
E.M., M.M. and N.M.,

        Plaintiffs,

   v.

THE STATE OF WASHINGTON, et al.,

        Defendants.

NO.  2:21-cv-01263-BJR

ORDER GRANTING
STIPULATED MOTION FOR
FRCP 35 MEDICAL EXAM OF
MINOR PLAINTIFF E.M

      THIS MATTER has come before the Court on Defendants, the State of Washington, Department of Children Youth and Families (DCYF); Tanessa Sanchez and John Doe Sanchez; Tabitha Culp and John Doe Culp; Elizabeth Sterbick and John Doe Sterbick; Tabitha Pomeroy and John Doe Pomeroy; Ross Hunter and Jane Doe Hunter; Bonnie White and John Doe White's Stipulated Motion for FRCP 35 Medical Exam Of Minor Plaintiffs, said Defendants appearing through Robert W. Ferguson, Attorney General, and Assistant Attorneys General, Peter Kay; Tender Defense appearing through Paine Hamblen; Plaintiffs, appearing through their counsel, Nathan J. Arnold; Defendant Phoenix Protect Corp., appearing through their counsel, Eron Z. Cannon and Jesse C. Williams; Defendants Lufti Al Marfadi and Jane Doe Marfadi, appearing

ORDER GRANTING STIPULATED
MOTION FOR FRCP 35 MEDICAL
EXAM OF MINOR PLAINTIFF E.M
NO. 2:21-cv-01263- BJR

1

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

through their counsel, Pedro "Kepa" Zugazaga and Nicole M. Rhoades; and all parties having stipulated and the Court having considered the Stipulated Motion, and the agreed stipulation by all of the parties, and good cause appearing, now, therefore:

**ORDERS** and **ADJUDGES** the following:

1. The Independent Mental Exam of minor Plaintiff E.M. by Dr. Jill McGovern will be held as follows:

a. Date and time of Examination: Tuesday November 7 2023 at 9:00 A.M and continuing as needed, with reasonable breaks, including time for lunch, until no later than 5:00 P.M.

b. Location of Examination: Conference room at 4000 Faber Place Drive Charleston, South Carolina, 29405.

c. Examiner: Dr. Jill McGovern, Ph.d.

d. Scope: The examination is to evaluate the Plaintiff's past mental and emotional trauma, adaptive functioning, current mental health/psychological concerns and any future mental health/psychological treatment. The examination will include a records review, the administration of valid and reliable testing routinely used by forensic mental health experts to evaluate minor children, rapport building, and a clinical interview. The examination will be conducted according to professional standards as to the examination of minors. No invasive tests, such as MRI's, blood testing, or X-rays shall be administered during the examination.

2. The Plaintiff may have a representative present at the evaluation, who is not a potential witness, a friend, or a relative of the Plaintiff. The representative of the Plaintiff may observe, but may not interfere or obstruct the examination.

3. The examination will be videotaped by a professional videographer, including all testing and interview portions. No other audio or video recording or monitoring shall be permitted during the examination.

ORDER GRANTING STIPULATED
MOTION FOR FRCP 35 MEDICAL
EXAM OF MINOR PLAINTIFF E.M
NO. 2:21-cv-01263- BJR

2

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

4.  Any raw data for any testing performed shall be made available to the Plaintiff's retained psychological experts(s) upon request.

5.  Pursuant to FRCP 35, Plaintiff hereby requests and Defendants shall produce a signed written report setting forth the examiner's findings, including diagnosis, conclusions, and the results of any testing within forty five (45) days of the examination.

DATED this 6th day of November 2023.


The Honorable Barbara Rothstein
United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR FRCP 35 MEDICAL
EXAM OF MINOR PLAINTIFF E.M
NO. 2:21-cv-01263- BJR

3

ATTORNY GENERAL OF WASHINGTON
Torts division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300