The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MEDICRAFT, *et al.*,

    Plaintiffs,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

NO. 21-cv-1263

**SCHEDULING ORDER**

The parties have advised the Court that they were unable to agree on a schedule for exchanging documents to prepare for filing their Joint Pretrial Statement. Accordingly, the Court hereby sets the following schedule, with which it expects the parties to fully comply:

1. Plaintiffs' Pretrial Statement shall be served on all Defendants' counsel on or before February 29, 2024;
2. Defendants' responsive Pretrial Statement shall be served on Plaintiffs' counsel on or before March 8, 2024;
3. The Joint Pretrial Statement and related filings shall be filed with the Court on or before March 15, 2024;
4. The pretrial conference will be held on March 22, 2024 at 9:30 a.m.
5. The trial will commence on April 8, 2024 at 9:00 a.m.

DATED this 20th day of February 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
United States District Judge

SCHEDULING ORDER
- 1