Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES and SHAYLEE MEDICRAFT, husband and wife and the marital community thereof, themselves and on behalf of their minor children: JM, AM, EM, MM and NM,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF WASHINGTON, *et al.*,<br><br>Defendants. | No. **2:21-cv-01263-BJR**<br><br>**ORDER** |

THIS MATTER having come before the Court on the motion of Plaintiffs James and Shaylee Medicraft, for themselves and on behalf of their minor children, to exceed page limitation, and the Court having reviewed:

1) Plaintiffs' Motion;

2) Defendants' Response in opposition thereto, if any;

3) Plaintiffs' Reply, if any;

and the balance of filings in this matter, and being fully advised in the premises,

ORDER - 1

ARNOLD JACOBOWITZ & ALVARADO PLLC
8201 164ᵀᴴ Avᴇ NE, Sᴜɪᴛᴇ 200
Rᴇᴅᴍᴏɴᴅ, Wᴀsʜɪɴɢᴛᴏɴ 98052
(206) 799-4221


NOW THEREFORE, IT IS ORDERED that Plaintiffs' Motion to Exceed Page Limits [ECF No. 303] is GRANTED, and it is FURTHER ORDERED that Plaintiffs' motions in limine [ECF No. 293] of 19 pages shall be deemed to be within this Court's page limits for such motions and shall be considered in full by this Court.

SO ORDERED this 27th day of February 2024.

_____
Barbara J. Rothstein
United States District Judge

**Presented by:**

**Arnold Jacobowitz & Alvarado PLLC**

/s/ Nathan J. Arnold
Nathan J. Arnold, WSBA No. 45356
Emanuel Jacobowitz, WSBA No. 39991
8201 164th Ave. NE, Ste. 200
Redmond, WA 98052
(206) 799-4221
Nathan@AJAlawyers.com
Manny@AJAlawyers.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned declares under penalty of perjury that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the above-entitled action.

I hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Western District of Washington by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 26th day of February, 2024.

/s/ Nathan J. Arnold
Nathan J. Arnold, WSBA No. 45356