The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MEDICRAFT, *et al.*,

    Plaintiffs,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

NO. 21-cv-1263

**ORDER RESCHEDULING TRIAL DATE AND REMAINING PRETRIAL SCHEDULE**

The Court has received the parties' joint status report with an agreed summary of remaining case claims, proposed trial date and trial length, ECF No. 340. Having reviewed the parties' submission, the Court hereby reschedules the jury trial to commence on October 28, 2024. The length of the trial will be determined after the Pretrial Conference. The parties' revised Joint Pretrial Statement compliant with this Court's Standing Order, ECF No. 84, is due on or before May 10, 2024. A Pretrial Conference is scheduled for June 4, 2024 at 10:30 a.m.

DATED this 10th day of April 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER RESCHEDULING TRIAL DATE AND REMAINING PRETRIAL SCHEDULE
- 1