HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES and SHAYLEE MEDICRAFT, husband and wife and the marital community thereof, themselves and on behalf of their minor children: J.M., A.M., E.M., M.M. and N.M., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF WASHINGTON, et al., <br><br> Defendants. | NO. 2:21-CV-01263-BJR <br><br> ORDER GRANTING PARTIES' JOINT MOTION TO ENLARGE TIME TO SUBMIT JOINT PRETRIAL ORDER |

THIS MATTER, having come before the Court on the Parties' Joint Motion to Enlarge Time to Submit Joint Pretrial Order, Defendants appearing through Robert W. Ferguson, Attorney General, and Assistant Attorney General, Peter Kay; Tender Defense appearing through Jeremy M. Zener and Paine Hamblen, P.S.; Plaintiffs, appearing through their counsel, Nathan J. Arnold, Lesley Alvarado, Robert Cadrenell, Shiki Izuka, and Dennis McGlothin and the Court having considered the Motion, and good cause appearing, now, therefore:

ORDER GRANTING MOTION TO ENGLARGE TIME TO
SUBMIT JOINT PRETRIAL ORDER
NO. 2:21-CV-01263-BJR - 1

*PAINE HAMBLEN P.S.*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

The Parties' Joint Motion to Enlarge Time to Submit Joint Pretrial Order, is GRANTED. The deadline for Parties to submit their Joint Pretrial Order is hereby extended from **July 12, 2024,** until **July 19, 2024.**

DATED this 3rd day of July 2024.

_____
The Honorable Barbara Rothstein
United States District Court Judge

4871-4808-5709, v. 1

ORDER GRANTING MOTION TO ENGLARGE TIME TO SUBMIT JOINT PRETRIAL ORDER
NO. 2:21-CV-01263-BJR - 2

*PAINE HAMBLEN P.S.*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000