UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>             Defendants. | Case No. C21-1263-BJR<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, to which no objections have been filed, and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation.

(2)   Plaintiffs' request for entry of a default judgment against Defendant Cleveland King (dkt. ## 366, 367, 397) is DENIED without prejudice.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 30th day of August, 2024.

                                                                         *Barbara J. Rothstein*
                                                                         Barbara J. Rothstein
                                                                         United States District Judge

ORDER - 1