UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>            Defendant(s). | CASE NO. C21-1263-KKE<br><br>ORDER STRIKING TRIAL DATE |

The Court held a status conference on October 8, 2024, to discuss trial readiness in light of the variety of issues that require resolution before the fast-approaching trial date. Dkt. No. 446. All parties agreed that more time is needed to fully resolve the outstanding disputes, and the Court therefore VACATES the current trial date and unexpired case deadlines. *See* Dkt. No. 344. The Court also STRIKES the pretrial conference set for October 21, 2024. Dkt. No. 437. The Court will set a new trial date after counsel has an opportunity to consult with their clients.

The Court also TERMINATES Plaintiffs' motion on pretrial issues (Dkt. No. 443) and directs Plaintiffs to refile a more comprehensive omnibus version of that motion, no later than October 28, 2024. Defendants may file a motion on pretrial issues as well, no later than October 28, 2024. Both motions shall be noted as 28-day motions. The parties' motions should address any substantive issues that require the Court's resolution, as well as any outstanding evidentiary issues.

ORDER STRIKING TRIAL DATE - 1

The courtroom deputy will contact the parties about scheduling an oral argument in December 2024 on the parties' forthcoming pretrial motions.

Dated this 8th day of October, 2024.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge