UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al., | CASE NO. C21-1263-KKE |
| Plaintiff(s), | ORDER ON DISCOVERY DISPUTE |
| v. | |
| STATE OF WASHINGTON, | |
| Defendant(s). | |

The Court has reviewed the parties' statement on discovery dispute. Dkt. No. 450. The Court dispenses with the need for a conference to discuss the dispute and instead ORDERS as follows:

The parties' dispute is amenable to resolution via cross-motions. Plaintiffs may file a motion to terminate under Federal Rule of Civil Procedure 30(d)(3) no later than November 1, 2024. If Plaintiffs wish to, in support of their motion, file a video recording of the deposition at issue under seal, they must comply with Local Rules W.D. Wash. LCR 5(g). Defendants may file an opposition/cross-motion to exclude no later than November 15, 2024. Plaintiffs may file a reply/opposition no later than November 22, 2024. Defendants may file a reply no later than December 2, 2024.

ORDER ON DISCOVERY DISPUTE - 1

1   The briefing limits specified in LCR 7(e)(4) shall apply to the parties' motions. The parties
2   shall note their motion/cross-motion for December 2, 2024.
3   Dated this 25th day of October, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge