UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al.,<br><br>                Plaintiff(s),<br>    v.<br><br>STATE OF WASHINGTON,<br><br>                Defendant(s). | CASE NO. C21-1263-KKE<br><br>ORDER ON PRETRIAL SCHEDULING |

As discussed at the December 9, 2024 oral argument, the Court agrees with the parties that the current case schedule (Dkt. No. 448) should be amended to set earlier deadlines for the parties' pretrial submissions. The parties shall meet and confer regarding appropriate deadlines for the filing of proposed jury instructions, an agreed LCR 16.1 pretrial order, trial briefs, a joint brief on motions in limine, proposed voir dire, deposition designations, proposed verdict form, and any other necessary deadlines. The parties shall also discuss pretrial conference scheduling. No later than December 27, 2024, the parties shall file a joint status report describing their respective

positions on these issues, clearly identifying which deadlines are agreed and what disputes remain outstanding.

Dated this 10th day of December, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ON PRETRIAL SCHEDULING - 2