UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al., | CASE NO. C21-1263-KKE |
| Plaintiff(s), | PRETRIAL SCHEDULING ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Defendant(s). | |

The parties have jointly proposed pretrial scheduling deadlines (Dkt. No. 491) and the Court discussed the parties' proposal at a scheduling conference on January 7, 2025. Dkt. No. 493. As explained at the hearing, the Court ORDERS that this case now conform to the following pretrial schedule:

| EVENT | DEADLINE |
|---|---|
| **Plaintiffs' proposed LCR 16(h) pretrial statement due to Defendants**, including: list of all witnesses who Plaintiffs may call at trial; a list of all exhibits that Plaintiffs may offer, with copies of exhibits provided; proposed jury instructions and verdict form; proposed deposition designations; proposed voir dire questions. | January 21, 2025 |
| **Defendants' proposed LCR 16(i) pretrial statement due to Plaintiffs**, including: list of all witnesses who Defendants may call at trial; list of all exhibits Defendants may offer at trial (except those already included on Plaintiffs' list), with copies of exhibits provided; | January 31, 2025 |

PRETRIAL SCHEDULING ORDER - 1

| | |
|---|---|
| proposed jury instructions and verdict form; proposed deposition designations and counter-designations, and objections to Plaintiffs' designations; proposed voir dire questions. | |
| **LCR 16(k) attorney conference** | February 11, 2025 |
| **Joint pretrial order filed with Court**, including exhibit lists with completed authentication, admissibility, and objections fields; deposition designations and counter-designations and objections; proposed jury instructions and jury verdict form(s); and proposed voir dire questions. | February 21, 2025 |
| **Parties exchange motions in limine** | March 3, 2025 |
| **Parties meet and confer regarding motions in limine** | March 6, 2025 |
| **Parties file joint motions in limine brief with Court** | March 7, 2025 |
| **Parties file trial briefs with Court** | March 10, 2025 |
| **Pretrial conferences** | February 24, 2025; 1:30–3:30 p.m. (tentative)<br>March 3, 2025; 1:30–3:30 p.m.<br>March 10, 2025; 1:30–3:30 p.m.<br>March 17, 2025 (tentative 9:30 a.m.–4 p.m.) |

In accordance with the parties' joint status report (Dkt. No. 491 at 3), the parties must file a certificate with the Court showing that the party has complied with the deadlines in this order, for those events that do not correspond to a filing on the docket. A party will be deemed to have complied with this order if they have sent the required submissions to opposing counsel by email on or before the calendar date on which they are due.

Dated this 7th day of January, 2025.

Kymberly K. Evanson
United States District Judge