UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al., | CASE NO. C21-1263-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received Plaintiffs' motion for extension of time. Dkt. No. 500. Given the time-sensitive nature of the motion, the Court requests that Defendants file a response to that motion no later than January 23, 2025.

Dated this 22nd day of January, 2025.

    Ravi Subramanian
    Clerk

    /s/ Serge Bodnarchuk
    Deputy Clerk

MINUTE ORDER - 1