UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al.,<br><br>              Plaintiff(s),<br>   v.<br><br>STATE OF WASHINGTON, et al.,<br><br>              Defendant(s). | CASE NO. C21-1263-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

      The parties filed a stipulated motion to extend the W.D. Wash. Local Civil Rule 16(k) attorney conference deadline to February 19, 2025. Dkt. No. 506. The Court GRANTS the motion, hereby extending the attorney conference deadline from February 11, 2025, to February 19, 2025. All other deadlines in the amended pretrial scheduling order (Dkt. No. 503) remain in effect.

      Dated this 12th day of February, 2025.

Kymberly K. Evanson
United States District Judge