UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al.,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　Defendant(s). | CASE NO. C21-1263-KKE<br><br>ORDER SETTING PRETRIAL DEADLINES |

The Court held a pretrial conference in this matter on February 24, 2025. As discussed at this conference, the Court ORDERS as follows:

(1) The parties shall meet and confer on February 25, 2025, with respect to all remaining disputes on issues to be addressed in a pretrial order.

(2) The parties shall file a pretrial order no later than February 26, 2025, designating issues as either agreed or disputed. If issues are disputed, each party's position on that issue shall be documented in the pretrial order with sufficient specificity to allow the Court to address the dispute at a future pretrial conference.

(3) The parties shall submit physical binders with copies of the exhibits to the Clerk's Office no later than February 28, 2025. The pretrial order shall address, to the extent possible, the parties' categorical disputes regarding authenticity and/or admissibility.

(4) The parties' pretrial order shall contain a section outlining the parties' dispute with respect to issues related to the availability of Defendants' damages expert to testify at trial and whether the admission of a perpetuation deposition is appropriate.

(5) All unexpired deadlines in the Court's previous scheduling order (Dkt. No. 503) remain in effect.  As the Court reminded counsel at the pretrial conference, deadlines imposed by the Court are not optional and if the parties are unable to meet them, they must timely request an extension.  The parties' failure to meet any future deadline will result in an order to show cause why counsel should not be sanctioned for failure to comply with a court order.

(6) The parties shall appear in person for a pretrial conference from 1:00-4:00 p.m. on March 3, 2025.  Any requests to appear by Zoom should be emailed to Victoria_ericksen@wawd.uscourts.gov no later than February 26, 2025.

Dated this 24th day of February, 2025.

_____
Kymberly K. Evanson
United States District Judge