UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendant(s). | CASE NO. C21-1263-KKE <br><br> ORDER ON PROPOSED AMENDED COMPLAINT |

The Court held a status conference with the parties on March 21, 2025. Dkt. No. 519. At that hearing, Plaintiffs withdrew the proposed complaint filed on March 14, 2025, and requested another opportunity to request leave to amend their complaint. *See* Dkt. No. 516.

The Court will allow Plaintiffs to file a motion for leave to amend their complaint. The motion shall be filed no later than April 4, 2025, and shall be noted for April 25, 2025. Any Defendant may file an opposition to that motion, no later than April 21, 2025.

Dated this 21st day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER ON PROPOSED AMENDED COMPLAINT - 1