UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al., | CASE NO. C21-1263-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court RE-NOTES Plaintiffs' motion for leave to amend the complaint (Dkt. No. 523) for May 2, 2025, to allow Plaintiffs the opportunity to file a reply brief, no later than the new noting date.

Dated this 28th day of April, 2025.

Ravi Subramanian
Clerk

/s/ Kathleen Albert
Deputy Clerk

MINUTE ORDER - 1