UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al.,<br><br>                Plaintiff(s),<br>  v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                Defendant(s). | CASE NO. C21-1263-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

     Finding good cause to do so, the Court GRANTS the parties' stipulated motion to vacate their obligation under the Local Rules to prepare for certain pretrial deadlines, pending resolution of Defendants' motion to dismiss or continue. Dkt. No. 535. The case remains set for trial on September 29, 2025 (Dkt. No. 530), but the parties need not comply with the trial preparation deadlines imposed by Local Rules W.D. Wash. LCR 16 while the motion to dismiss (Dkt. No. 531) is pending. The Court will re-set any pretrial deadlines as necessary after resolving the motion to dismiss.

     Dated this 13th day of August, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1