UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al., | CASE NO. C21-1263-KKE |
| Plaintiff(s), | CASE SCHEDULING ORDER |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendant(s). | |

The Court hereby VACATES the case schedule (Dkt. No. 530) and ORDERS that this case now conform to the following schedule:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 9:30 a.m. on | **11/24/2025** |
| Length of trial | **15 days** |
| Proposed jury instructions due | **11/3/2025** |
| Trial briefs, joint brief on motions in limine, proposed voir dire questions, and deposition designations due | **11/10/2025** |
| Pretrial conference | **TBD** |

All motions in limine shall be submitted in a joint brief that: (1) contains an introductory statement summarizing the case and the context for any disputes, with each side drafting its own statement if they cannot agree; and (2) presents each motion under a separate heading, below which

CASE SCHEDULING ORDER - 1

the moving party will state its position and supporting legal authority, and the opposing party will do the same below that. Any agreed motions shall be noted as such. The joint brief must not exceed 12,600 words, excluding caption, date line, and signature block, with each party contributing no more than 6,300 words. Each party may submit a declaration along with the joint brief, as necessary.

Dated this 28th day of August, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

CASE SCHEDULING ORDER - 2