UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al.,<br><br>                Plaintiff(s),<br><br>   v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                Defendant(s). | CASE NO. C21-1263-KKE<br><br>ORDER DENYING STIPULATED MOTION TO CONTINUE THE TRIAL DATE |

      The parties filed a stipulated motion to continue the trial date, noting the logistical challenges posed by the current trial date of November 24, 2025. Dkt. No. 545. The Court's calendar cannot accommodate a 15-day trial beginning on December 1, 2025, as the parties request. *Id*. If the parties are willing to adjust the pretrial deadlines earlier, however, the Court could start the trial in this matter on November 18, 2025. In any event, the parties' stipulated motion (Dkt. No. 545) to continue the trial date to December 1 is DENIED.

      Dated this 15th day of October, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED MOTION TO CONTINUE THE TRIAL DATE - 1