UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al.,<br><br>                        Plaintiff(s),<br>    v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                        Defendant(s). | CASE NO. C21-1263-KKE<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR A CONTINUANCE |

Plaintiffs renewed their motion for a continuance of the trial date and pretrial deadlines, providing new information about their expert's unavailability not only at trial as scheduled but apparently at any time. Dkt. No. 560. The Court is now persuaded that the needs of the case require a trial continuance, and a shift in experts may likewise impact the pretrial materials due on November 10, 2025.

Accordingly, the Court finds good cause to GRANT Plaintiffs' unopposed motion for a continuance. Dkt. No. 560. The Court VACATES the unexpired pretrial deadlines and STRIKES the pretrial conference and the trial date. Dkt. Nos. 540, 547.

The Court ORDERS the parties to appear for a zoom status conference on November 10, 2025, at 3 p.m. The parties are directed to come prepared with their positions regarding referral

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR A CONTINUANCE - 1

of this case to a magistrate judge for settlement purposes. *See* Dkt. No. 560 at 6. The courtroom deputy shall provide the access information for that conference as soon as possible.

Dated this 7th day of November, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR A CONTINUANCE - 2