UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al., | CASE NO. C21-1263-KKE |
| Plaintiff(s), | ORDER ON TRIAL SCHEDULING |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendant(s). | |

Plaintiffs informed the Court that they have not yet secured a new expert, and Defendants filed a report providing a list of available dates for use in resetting the trial date. Dkt. No. 563.

Because Plaintiffs have not provided the Court with their position on trial readiness or availability, the Court cannot yet set a case schedule. To assist the Court in that task, the Court ORDERS the parties to file a joint status report, no later than December 10, 2025, addressing:

(1) The expected length of trial. At the status hearing on November 10, 2025, Plaintiffs' counsel referenced the possibility of amending the complaint to dismiss certain claims, which would ultimately shorten the length of the trial. No such motion to amend has been filed. The report shall indicate if Plaintiffs intend to file a motion and, if so, a proposed filing deadline.

(2) A proposed schedule (either joint or separate) of expert-related pretrial deadlines.

ORDER ON TRIAL SCHEDULING - 1

(3) Trial availability in 2026.

Dated this 1st day of December, 2025.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

ORDER ON TRIAL SCHEDULING - 2