UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MEDICRAFT, et al., | CASE NO. C21-1263-KKE |
| Plaintiff(s), | ORDER FOR ADDITIONAL BRIEFING |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendant(s). | |

After a dispute over settlement funds arose between two firms currently or formerly representing Plaintiffs, the Court ordered both firms to file supplemental briefing addressing the Court's jurisdiction to resolve the dispute, no later than April 10, 2026. Dkt. No. 573. One firm, Arnold Jacobowitz & Alvarado, PLLC, timely filed a supplemental brief (Dkt. No. 575); the other firm, Western Washington Law Group PLLC, filed its brief two days late (Dkt. No. 576).

WWLG's brief argues that the Cout lacks jurisdiction to resolve all but a sliver of the relief requested in AJA's motion. Specifically, WWLG acknowledges that the Court has jurisdiction to enforce its prior order creating the Tutoring Fund (Dkt. Nos. 432, 498), and WWLG offers to transfer the balance of the Tutoring Fund immediately to the Court's registry for release to AJA after it resolves any potential security interest that non-party Legalist, Inc. may have. *See* Dkt. No. 576 at 8–9.

ORDER FOR ADDITIONAL BRIEFING - 1

To assist the Court in resolving the jurisdictional question before it, the Court ORDERS AJA to file a supplemental response to WWLG's brief no later than April 17, 2026, specifically addressing WWLG's offer with respect to the Tutoring Fund, as well as the remaining arguments in WWLG's brief (Dkt. No. 576). Briefing on Plaintiffs' motion (Dkt. No. 569) remains STAYED.

Dated this 14th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER FOR ADDITIONAL BRIEFING - 2